**DEBTOR:** DOUGLAS & HOLLY JACKSON

**CASE NUMBER:** 09-17308-HRT

**MONTHLY OPERATING REPORT**
CHAPTER 11

**Form 2-A**
**COVER SHEET**

**For Period Ending: May 31, 2009**

**Accounting Method:**  ☐ Accrual Basis  ☐ Cash Basis

---

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing.  File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☐ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☐ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☐ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☐ | ☐ | 6. Narrative (Form 2-G) |
| ☐ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on:  6/17/09

Print Name   DOUGLAS L. JACKSON

Signature:  *Douglas Jackson*

Title:  *MANAGER / DEBTOR*

Rev. 01/01/08

**DEBTOR:** DOUGLAS & HOLLY JACKSON          **CASE NO:** 09-17308-HRT

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
#### For Period: April 23, 2009 to May 31, 2009

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| 1. **Beginning Cash Balance** | $ 4,866.71 (1) | $ 4866.71 (1) |
| 2. Cash Receipts | | |
| Operations | 26,342.90 | 0 |
| Sale of Assets | 0.00 | 0 |
| Loans/advances | 0.00 | 0 |
| Other | 0.00 | 0 |
| Total Cash Receipts | $ 26,342.90 | $ 0 |
| 3. Cash Disbursements | | |
| Operations | 17,006.22 | 0 |
| Debt Service/Secured loan payment | 12,593.44 | 0 |
| Professional fees/U.S. Trustee fees | 0.00 | 0 |
| Other | 0.00 | 0 |
| Total Cash Disbursements | $ 29,599.66 | $ 0 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | (3,256.76) | 0 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 1,609.95 (2) | $ 4866.71 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | N/A | $ 0.00 |
| DIP Operating Account | Chase | 1,127.35 |
| DIP State Tax Account | N/A | 0.00 |
| DIP Payroll Account | N/A | 0.00 |
| Other Operating Account | Colorado Capital Bank | 477.60 |
| Other Operating Account | Public Service Credit Union | 5.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 1,609.95 (2) |

**(1)** Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
**(2)** All cash balances should be the same.

DEBTOR:   **DOUGLAS & HOLLY JACKSON**                    CASE NO:   09-17308-HRT

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
#### For Period: April 23, 2009 to May 31, 2009

**CASH RECEIPTS DETAIL**                    Account No:   33006596
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 4/27/2009 | Strategic Wealth Advisory Group | Distribution | $8,000.00 |
| 5/4/2009 | Colorado Capital Bank | Bi-Weekly Salary | 266.05 |
| 5/12/2009 | Strategic Wealth Advisory Group | Distribution | 8,000.00 |
| 5/15/2009 | Colorado Capital Bank | Bi-Weekly Salary | 268.07 |
| 5/29/2009 | Colorado Capital Bank | Bi-Weekly Salary | 467.60 |

**Total Cash Receipts**              $        17,001.72   (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

DEBTOR:   **DOUGLAS & HOLLY JACKSON**          CASE NO:   09-17308-HRT

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
### For Period: April 23, 2009 to May 31, 2009

**CASH RECEIPTS DETAIL**          Account No:   **43316**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 4/23/2009 | Walmart | Credit - Merchandise Return | $16.03 |
| 4/27/2009 | Public Service Credit Union | Transfer from Savings Account | 145.62 |
| 4/27/2009 | Douglas Jackson | Balance Transfer to 43316 | 1,500.00 |
| 5/6/2009 | The Milestone Group, Inc. | Referral Fee | 1,875.00 |

**Total Cash Receipts**     $     3,536.65   (1)

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:**   **DOUGLAS & HOLLY JACKSON**          **CASE NO:**   09-17308-HRT

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
#### For Period: April 23, 2009 to May 31, 2009

**CASH RECEIPTS DETAIL**          **Account No:**   1637067040
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 5/5/2009 | Douglas Jackson | Initial Deposit | $100.00 |
| 5/19/2009 | Kaiser Permanente | Child Support | 614.52 |
| 5/25/2009 | Douglas Jackson | Balance Transfers from 43316 & 6596 | 1,590.01 |
| 5/27/2009 | Strategic Wealth Advisory Group | Distribution | 3,500.00 |

**Total Cash Receipts**          $    5,804.53   (1)

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 4 of 7

Rev. 01/01/08

**DEBTOR:** ___DOUGLAS & HOLLY JACKSON___           **CASE NO:** ___09-17308-HRT___

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
#### For Period: April 23, 2009 to May 31, 2009

**CASH DISBURSEMENTS DETAIL**           **Account No:** | 33006596 |
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| April 23, 2009 | 1034 | Colorado Resort Lending | Expense Reimbursement | $ 1,733.00 |
| | 1035 | Black Hills Energy | Utility Bill - Primary Residence | 213.14 |
| | 1036 | SRP | Utility Bill - Phoenix Condo | 55.44 |
| | 1037 | 5280 Racing Stable, LLC | Capital Call/Contribution | 720.61 |
| | 1038 | Aurora Loan Services | Mortgage Payment - Condo | 428.55 |
| | 1039 | David Kieffer | Court Ordered Mediator | 1,000.00 |
| April 27, 2009 | 1040 | Xcel Energy | Utility Bill - Adams St. Home | 85.84 |
| | 1041 | Comcast | Utility Bill - Primary Residence | 122.66 |
| | 1042 | Aurora Loan Services | Mortgage Payment - Condo | 1,247.85 |
| | 1043 | Pointe South Mountain HOA | HOA Dues - Condo | 250.00 |
| | 1044 | Bruce Hellerstein, Trustee | Gift to Trust - Premium Payment | 2,000.00 |
| | 1045 | Holly Jackson | Balance Transfer | 1,500.00 |
| April 28, 2009 | Auto WD | Sallie Mae | Educational Loan Repayment | 650.00 |
| May 4, 2009 | Debit | Arizona Golf Club | Green Fees | 162.44 |
| | Debit | Denver Chop House | Restaurant | 110.89 |
| | Debit | DIA Parking | Airport Parking | 54.00 |
| | Debit | Frontier Airlines | Baggage Fees | 30.00 |
| | Debit | Cyprus Golf | Golf Balls | 3.98 |
| May 6, 2009 | 1046 | IREA | Utility Bill - Primary Residence | 341.17 |
| | 1047 | The Good Cook | Cook book | 28.98 |
| | 1048 | AIG | Homeowners Insurance | 212.00 |
| | 1049 | BMG Music | Music CD | 2.79 |
| | Debit | Western Convenience | Fuel | 40.00 |
| | Debit | Frontier Airlines | Baggage Fee | 15.00 |
| | Debit | Lobby Grill | Restaurant | 192.81 |
| | Debit | Walgreens | Prescriptions | 40.56 |
| May 11, 2009 | Debit | King Soopers | Food | 102.00 |
| | Debit | King Soopers | Food | 12.24 |
| May 11, 2009 | Auto WD | Countrywide | Mortgage Payment- Primary Residence | 6,970.79 |
| May 13, 2009 | 1050 | Void | Void | 0.00 |
| | 1051 | The Good Cook | Cook book | 37.96 |
| | 1052 | AT&T Mobility | Utility Bill | 235.72 |
| | 1053 | Qwest | Utility Bill | 132.53 |
| | 1054 | Readers Exchange | Subscription | 45.00 |
| | 1055 | New York Times | Subscription | 37.60 |
| | Debit | Scholastic Book Fair | Childrens Books | 31.99 |
| | Debit | Hair & Nails | Hair Cut | 30.00 |
| May 18, 2009 | Auto WD | Smith Barney | 529 Educational Plan | 150.00 |
| | Debit | Gardens of All Seasons | Landscaping Materials | 165.40 |
| | Debit | Pet Spot | Dog Food | 39.64 |
| | 1056 | Pradera Community Assoc | HOA Dues | 108.00 |
| May 21, 2009 | Debit | WalMart | Household Items | 39.61 |
| | 1057 | Holly Jackson | Balance Transfer to DIP Account | 1,542.58 |
| | | | **Total Cash Disbursements** | $ 20,922.77 (1) |

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:**  DOUGLAS & HOLLY JACKSON                    **CASE NO:** 09-17308-HRT

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
#### For Period: April 23, 2009 to April 30, 2009

**CASH DISBURSEMENTS DETAIL**                    **Account No:** 43316
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| April 23, 2009 | Debit | King Soopers | Fuel | $ 52.00 |
| | Debit | Petsmart | Dog Grooming/Care | 66.00 |
| April 24, 2009 | Debit | Lisa Mizer, MD | Co-Pay - Knee Therapy | 40.00 |
| April 25, 2009 | Debit | Vitamin Cottage | Vitamins | 65.02 |
| | Debit | Symantec | Virus Software for Home PC | 43.98 |
| | Debit | Funygz | Restaurant | 120.60 |
| April 27, 2009 | Debit | State of Colorado | License Renewal | 104.00 |
| | Debit | Texas Roadhouse | Restaurant | 65.84 |
| | Debit | King Soopers | Groceries | 94.48 |
| | Debit | Everyday | Fuel | 40.00 |
| April 28, 2009 | Debit | Target | Household Supplies | 18.08 |
| | W/D | Withdrawal | Cash | 100.00 |
| April 29, 2009 | Debit | Lisa Mizer, MD | Co-Pay - Knee Therapy | 80.00 |
| | Debit | King Soopers | Fuel | 49.00 |
| | Debit | Allegro Orthodontics | Monthly Installment Payment-Braces | 150.00 |
| April 30, 2009 | Debit | King Soopers | Groceries | 30.87 |
| | Auto WD | Public Service C.U. | Automobile Payment | 690.32 |
| | | | | |
| May 4, 2009 | Debit | Cost Cutters | Grooming | 19.11 |
| | 3561 | Dominos Pizza | Restaurant | 26.00 |
| | Debit | Walmart | Household Supplies/Food | 312.42 |
| May 6, 2009 | W/D | Withdrawal | Cash | 1,200.00 |
| May 7, 2009 | Debit | King Soopers | Fuel | 52.50 |
| | Debit | First Hand Mgmt. | Fuel | 38.00 |
| May 9, 2009 | Debit | Home Depot | Home Repairs | 27.27 |
| May 10, 2009 | 3562 | Concept Appraisals | Real Estate Appraisal | 300.00 |
| | 3563 | Dominos Pizza | Restaurant | 27.00 |
| May 13, 2009 | W/D | Public Service Credit Union | Bank Fee | 0.79 |
| May 15, 2009 | Debit | Lisa Mizer, MD | Co-Pay - Knee Therapy | 85.00 |
| May 16, 2009 | Debit | King Soopers | Fuel | 54.00 |
| | 3564 | Void | Void | 0.00 |
| | 3565 | Holly Jackson | Balance Transfer to DIP Account | 47.43 |

**Total Cash Disbursements**                    $ 3,999.71 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** DOUGLAS & HOLLY JACKSON

**CASE NO:** 09-17308-HRT

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
#### For Period: April 23, 2009 to April 30, 2009

### CASH DISBURSEMENTS DETAIL

**Account No:** 1637067040

**(attach additional sheets as necessary)**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| May 19, 2009 | 1001 | Walmart | Household Supplies | $ 252.61 |
| May 20, 2009 | 1002 | BestBuy | Birthday Present | 68.22 |
| | 1003 | Continental Cleaners | Dry Cleaners | 20.25 |
| May 22, 2009 | 1004 | King Soopers | Groceries | 170.21 |
| May 25, 2009 | 1005 | Walmart | Household Supplies | 166.07 |
| | 1006 | SRP | Utility - Phoenix Condo | 171.23 |
| | 1007 | Black Hills Energy | Utility - Personal Residence | 99.84 |
| | 1008 | Security Service F.C.U. | Automobile Payment | 575.93 |
| | 1009 | Public Service C.U. | Automobile Payment | 695.00 |
| May 27, 2009 | 1010 | Comcast | Utility - Personal Residence | 122.66 |
| | 1011 | Washington Mutual | Mortgage Payment | 1985.00 |
| May 28, 2009 | W/D | Withdrawal | Cash | 100.00 |
| May 31, 2009 | 1012 | King Soopers | Groceries | 83.01 |
| | 1013 | Walgreens | Prescriptions | 76.19 |
| | 1014 | Walmart | Household Supplies | 90.96 |

**Total Cash Disbursements**     $   4677.18  (1)

**(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1**

DEBTOR: DOUGLAS & HOLLY JACKSON       CASE NO: 09-17308-HRT

**Form 2-C**
# COMPARATIVE BALANCE SHEET
**For Period: April 23, 2009 to May 31, 2009**

| | | Current Month | | Petition Date (1) |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 1,609.95 | $ | 4,372.73 |
| Accounts Receivable (from Form 2-E) | | 0.00 | | 0.00 |
| Receivable from Officers, Employees, Affiliates | | 0.00 | | 0.00 |
| Inventory | | 0.00 | | 0.00 |
| Other Current Assets :(List)   Ameritrade Account | | 423.01 | | 423.01 |
| Life Insurance - Cash Value | | 32,095.05 | | 32,095.05 |
| PSCU - Educational CD's | | 5,341.11 | | 5,341.11 |
| Total Current Assets | $ | 39,469.12 | $ | 42,231.90 |
| Fixed Assets: | | | | |
| Land | $ | 0.00 | $ | 0.00 |
| Building - Homes - *Excludes 1080 S. Adams St* | | 3,430,000.00 | | 3,430,000.00 |
| Household Goods/Furnishings, Books & Clothing | | 2,718.00 | | 2,718.00 |
| Automobiles | | 52,500.00 | | 52,500.00 |
| Total Fixed Assets | | 3,485,218.00 | | 3,485,218.00 |
| Less:  Accumulated Depreciation | ( | 0.00 ) | ( | 0.00 ) |
| Net Fixed Assets | $ | 3,485,218.00 | $ | 3,485,218.00 |
| Other Assets (List):   529 Educational Plans | | 12,287.89 | | 12,287.89 |
| Pradera Golf Membership | | 0.00 | | 0.00 |
| AI Systems & BankVest Stock | | 0.00 | | 0.00 |
| Retirement Plans | | 55,559.84 | | 55,559.84 |
| **TOTAL ASSETS** | $ | 3,592,534.85 | $ | 3,595,297.63 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 0.00 | $ | 0.00 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 0.00 | | 0.00 |
| Post-petition Taxes Payable (from Form 2-E) | | 937.97 | | 0.00 |
| Post-petition Notes Payable | | 0.00 | | 0.00 |
| Other Post-petition Payable(List): _____ | | 0.00 | | 0.00 |
| | | 0.00 | | 0.00 |
| Total Post Petition Liabilities | $ | 937.97 | $ | 0.00 |
| Pre Petition Liabilities: | | | | |
| Secured Debt - Real Estate | | 6,085,522.00 | | 6,085,522.00 |
| Secured Debt - Automobiles | | 45,453.76 | | 45,453.76 |
| Priority Debt - Kootenai County - Property Tax | | 849.96 | | 849.96 |
| Unsecured Debt | | 478,489.24 | | 478,489.24 |
| Total Pre Petition Liabilities | $ | 6,610,314.96 | $ | 6,610,314.96 |
| **TOTAL LIABILITIES** | $ | 6,611,252.93 | $ | 6,610,314.96 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | $ | 0.00 | $ | 0.00 |
| Retained Earnings - Prepetition | | 0.00 | | 0.00 |
| Retained Earnings - Post-petition | | 0.00 | | 0.00 |

TOTAL OWNERS' EQUITY     $ 0.00     $ 0.00

**TOTAL LIABILITIES AND OWNERS' EQUITY**     $ 6,611,252.93     $ 6,610,314.96

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:**  DOUGLAS & HOLLY JACKSON          **CASE NO:**  09-17308-HRT

### Form 2-D
### PROFIT AND LOSS STATEMENT
#### For Period: April 23, 2009 to May 31, 2009

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $        0 | $        0 |
| Less:  Discounts, Returns and Allowances | (        0 ) | (        0 ) |
| **Net Operating Revenue** | $        0 | $        0 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $        0 | $        0 |
| Operating Expenses | | |
| Officer Compensation | $        0 | $        0 |
| Selling, General and Administrative | 0 | 0 |
| Rents and Leases | 0 | 0 |
| Depreciation, Depletion and Amortization | 0 | 0 |
| Other (list): | 0 | 0 |
| | 0 | 0 |
| Total Operating Expenses | $        0 | $        0 |
| **Operating Income (Loss)** | $        0 | $        0 |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $        0 | $        0 |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $        0 | $        0 |
| Reorganization Expenses | | |
| Legal and Professional Fees | $        0 | $        0 |
| Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $        0 | $        0 |
| **Net Income (Loss) Before Income Taxes** | $        0 | $        0 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $        0 | $        0 |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** DOUGLAS & HOLLY JACKSON          **CASE NO:** 09-17308-HRT

## Form 2-E
### SUPPORTING SCHEDULES
For Period: April 23, 2009 to May 31, 2009

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $        0 | $        0 | $        0 | | $ | 0 |
| State | 0 | 0 | 0 | | | 0 |
| FICA Tax Withheld | 0 | 0 | 0 | | | 0 |
| Employer's FICA Tax | 0 | 0 | 0 | | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 849.96 | 937.97 | 0 | | | 1787.93 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: _____ | 0 | 0 | 0 | | | 0 |
| TOTALS | $    849.96 | $    937.97 | $        0 | | $ | 1787.93 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|---|
| Workers' Compensation | | N/A | $ N/A | N/A | N/A |
| General Liability | | N/A | $ N/A | N/A | N/A |
| Property (Fire, Theft) | | AIG - Personal Residence | $ 2,100,000 | July 29, 2009 | July 29, 2009 |
| | | Country Mutual - Phoenix Condo | 75,400 | August 8, 2009 | August 8, 2009 |
| | | AIG - Idaho Property | 1,200,000 | November 3, 2009 | November 3, 2009 |
| Vehicle | | AIG | $ 300,000 | July 29, 2009 | July 29, 2009 |
| Other (list): | Life | Guardian Life | $ 1,500,000 | April 3, 2029 | April 3, 2010 |
| | Life - Child (A) | Guardian Life | $ 284,234 | N/A | April 2, 2010 |
| | Life - Child (D) | Guardian Life | $ 306,793 | N/A | September 1, 2009 |
| | Life | Pacific Life | $ 425,000 | N/A | April 25, 2010 |
| | Life | John Hancock | $ 2,500,000 | May 18, 2029 | May 18, 2010 |
| | Life | New York Life | $ 325,000 | N/A | January 10, 2010 |
| | Excess Liability | AIG | $ 10,000,000 | July 29, 2009 | July 29, 2009 |
| | Excess Liability | Country Mutual | $ 1,000,000 | August 8, 2009 | August 8, 2009 |

**DEBTOR:** DOUGLAS & HOLLY JACKSON          **CASE NO:** 09-17308-HRT

## Form 2-E
## SUPPORTING SCHEDULES
### For Period: April 23, 2009 to May 31, 2009

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|---|
| Under 30 days | $ | 0.00 | $ 0.00 |
| 30 to 60 days | | 0.00 | 0.00 |
| 61 to 90 days | | 0.00 | 0.00 |
| 91 to 120 days | | 0.00 | 0.00 |
| Over 120 days | | 0.00 | 0.00 |
| **Total Post Petition** | | 0.00 | |
| **Pre Petition Amounts** | | 0.00 | |
| Total Accounts Receivable | $ | 0.00 | |
| Less: Bad Debt Reserve | | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 0.00 | |
| Total Post Petition Accounts Payable | | | $ 0.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 15,299.00 | $ 2,942.01 | $ 3,523.00 | May 27, 2009 | $ 2,942.01 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: _____ | 0 | 0 | 0 | | 0 |
| Total | $ 15299.00 | $ 2942.01 | $ 3523.00 | | $ 2942.01 |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| N/A | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2

Rev. 01/01/08

**DEBTOR:**   DOUGLAS & HOLLY JACKSON            **CASE NO:**   09-17308-HRT

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended: May 31, 2009

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|-----------------------|-------------------|-----------|-----------|
| January | _____ $ | 0 | | | |
| February | _____ | 0 | | | |
| March | _____ | 0 | | | |
| TOTAL 1st Quarter | | 0 | | | |
| April | 2009 | $11,817.28 | | | |
| May | 2009 | 17,782.38 | | | |
| June | 2009 | 0 | | | |
| TOTAL 2nd Quarter | | $29,599.66 | | | |
| July | _____ $ | 0 | | | |
| August | _____ | 0 | | | |
| September | _____ | 0 | | | |
| TOTAL 3rd Quarter | $ | 0 $ | | | |
| October | _____ $ | 0 | | | |
| November | _____ | 0 | | | |
| December | _____ | 0 | | | |
| TOTAL 4th Quarter | $ | 0 $ | | | |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|-------------------------|-----|-------------------------|-----|
| $0 to $14,999.............. | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999....... | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999..... | $1,625 | $5,000,000 to $14,999,999............ | $13,000 |
| $225,000 to $299,999..... | $1,950 | $15,000,000 to $29,999,999......... | $20,000 |
| $300,000 to $999,999..... | $4,875 | $30,000,000 or more.................. | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

**DEBTOR:**   DOUGLAS & HOLLY JACKSON          **CASE NO:** 09-17308-HRT

**Form 2-G**
## NARRATIVE
**For Period: April 23, 2009 to May 31, 2009**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

**Public Service Credit Union**
Print Date : 06-13-2009 - 12:15:36

**Member Number :** 43316

**Member Name :** HOLLY K JACKSON

## Account #01 - FREE CONVENIENCE CHECKING History

04-23-2009 to 06-10-2009

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| 06/01/2009 | Draft 003556 | $ -15.00 | | $ 5.00 |
| 05/27/2009 | Draft 003565 | $ -47.43 | | $ 20.00 |
| 05/16/2009 | Withdrawal Visa Check Card KING SOOPERS FUEL#0675 PARKER CO Date 05/16/09 24445009136762091291050 5542 %% Card 16 #2309 | $ -54.00 | | $ 67.43 |
| 05/15/2009 | Withdrawal Visa Check Card LISA RALSTON-MIZER PARKER CO Date 05/14/09 24223699135980018564089 8099 %% Card 16 #2309 | $ -85.00 | | $ 121.43 |
| 05/13/2009 | Withdrawal Home Banking Transfer To Loan 01 | $ -100.79 | | $ 206.43 |
| 05/12/2009 | Draft 003563 | $ -27.00 | | $ 307.22 |
| 05/09/2009 | Withdrawal Visa Check Card THE HOME DEPOT #1531 CASTLE ROCK CO Date 05/08/09 24610439129010177097554 5200 %% Card 16 #2309 | $ -27.27 | | $ 334.22 |
| 05/08/2009 | Draft 003562 | $ -300.00 | | $ 361.49 |
| 05/07/2009 | Draft 003555 | $ -11.00 | | $ 661.49 |
| 05/07/2009 | Withdrawal Visa Check Card FIRST HAND MGT10014256 PARKER CO Date 05/06/09 24164079126814241000867 5542 %% Card 16 #2309 | $ -38.00 | | $ 672.49 |
| 05/07/2009 | Withdrawal Visa Check Card KING SOOPERS FUEL#0675 PARKER CO Date 05/06/09 24445009126748891272673 5542 %% Card 16 #2309 | $ -52.50 | | $ 710.49 |
| 05/06/2009 | Withdrawal | $ -1,200.00 | | $ 762.99 |
| 05/06/2009 | Deposit by Check | | $ 1,875.00 | $ 1,962.99 |
| 05/05/2009 | Draft 003561 | $ -26.00 | | $ 87.99 |
| 05/04/2009 | Withdrawal Visa Check Card WM SUPERCENTER PARKER CO Date 05/04/09 24226389124360737473813 5411 %% Card 16 #2309 | $ -312.42 | | $ 113.99 |
| 05/04/2009 | Withdrawal Visa Check Card COST CUTTERS PARKER CO Date 05/03/09 24717059124691247110619 7230 %% Card 16 #2309 | $ -19.11 | | $ 426.41 |
| 05/01/2009 | Withdrawal Visa Check Card KING SOOPERS #0075 PARKER CO Date 04/30/09 24445009120741083874295 5411 %% Card 16 #2309 | $ -30.87 | | $ 445.52 |
| 04/30/2009 | Withdrawal Visa Check Card ALLEGRO ORTHODONTICS PARKER CO Date 04/29/09 24731209120980012609526 8021 %% Card 16 #2309 | $ -150.00 | | $ 476.39 |
| 04/30/2009 | Withdrawal Visa Check Card KING SOOPERS FUEL#0675 PARKER CO Date 04/29/09 24445009119739802928973 5542 %% Card 16 #2309 | $ -49.00 | | $ 626.39 |
| 04/29/2009 | Withdrawal Visa Check Card LISA RALSTON-MIZER PARKER CO Date 04/28/09 24223699119980018564055 8099 %% Card 16 #2309 | $ -80.00 | | $ 675.39 |

| Date | Description | Amount | | Balance |
|------|-------------|--------|--------|---------|
| 04/29/2009 | Withdrawal Visa Check Card TARGET 00022194 PARKER CO Date 04/29/09 24164079119091008596341 5411 %% Card 16 #2309 | $ -18.08 | | $ 755.39 |
| 04/28/2009 | Withdrawal | $ -100.00 | | $ 773.47 |
| 04/28/2009 | Deposit by Check | | $ 809.68 | $ 873.47 |
| 04/27/2009 | Withdrawal Visa Check Card EVERYDAY #5716 PARKER CO Date 04/27/09 24761979117276117010488 5542 %% Card 16 #2317 | $ -40.00 | | $ 63.79 |
| 04/27/2009 | Deposit Transfer From Loan 01 | | $ 100.00 | $ 103.79 |
| 04/27/2009 | Withdrawal Visa Check Card KING SOOPERS #0075 PARKER CO Date 04/26/09 24445009116736152340257 5411 %% Card 16 #2309 | $ -94.48 | | $ 3.79 |
| 04/27/2009 | Withdrawal Visa Check Card TEXAS ROADHOUSE #2195 PARKER CO Date 04/25/09 24425139116510586011969 5812 %% Card 16 #2317 | $ -65.84 | | $ 98.27 |
| 04/27/2009 | Withdrawal Visa Check Card STATE INS LIC 877-876-4430 MI Date 04/25/09 24445009116735296812387 7372 %% Card 16 #2317 | $ -104.00 | | $ 164.11 |
| 04/25/2009 | Withdrawal Visa Check Card FUNUGYZ SPORTS CAFE PARKER CO Date 04/24/09 24425139115560094016449 5812 %% Card 16 #2317 | $ -120.60 | | $ 268.11 |
| 04/25/2009 | Deposit Home Banking Transfer From Share 00 | | $ 145.62 | $ 388.71 |
| 04/25/2009 | Withdrawal Visa Check Card DRI*Symantec myord.com/sym MN Date 04/25/09 24692169115000855753594 5734 %% Card 16 #2317 | $ -43.98 | | $ 243.09 |
| 04/25/2009 | Withdrawal Visa Check Card VITAMIN COTTAGE-PR PARKER CO Date 04/24/09 24323019115573114011115 5411 %% Card 16 #2309 | $ -65.02 | | $ 287.07 |
| 04/24/2009 | Withdrawal Visa Check Card LISA RALSTON-MIZER PARKER CO Date 04/23/09 24223699114980018564043 8099 %% Card 16 #2309 | $ -40.00 | | $ 352.09 |
| 04/24/2009 | Draft 003560 Processed Check - SECURITY SRV FCU TYPE: SSFCU LN | $ -575.93 | | $ 392.09 |
| 04/24/2009 | Draft 003557 Processed Check - AT & T MOBILITY TYPE: CHECK PYMT | $ -235.69 | | $ 968.02 |
| 04/24/2009 | Draft 003558 Processed Check - BMG Music TYPE: CHECK PYMT | $ -2.79 | | $ 1,203.71 |
| 04/24/2009 | Withdrawal Visa Check Card PETSMART INC 1071 PARKER CO Date 04/23/09 24692169113000663275055 5995 %% Card 16 #2309 | $ -66.00 | | $ 1,206.50 |
| 04/24/2009 | Withdrawal Visa Check Card KING SOOPERS FUEL#0675 PARKER CO Date 04/23/09 24445009113732195995267 5542 %% Card 16 #2309 | $ -52.00 | | $ 1,272.50 |
| 04/23/2009 | Withdrawal Visa Check Card ALLEN CREDIT @ DEBT COU 605-4582500 SD Date 04/22/09 24736939113006021684676 7277 %% Card 16 #2309 | $ -25.00 | | $ 1,324.50 |
| 04/23/2009 | Draft 003559 | $ -132.38 | | $ 1,349.50 |
| 04/23/2009 | Withdrawal Adjustment Credit Voucher WM SUPERCENTER CENTENNIAL CO Date 04/22/09 74226389113360293862373 5411 %% Card 16 #2309 | | $ 16.03 | $ 1,481.88 |
| 04/23/2009 | Withdrawal Visa Check Card WM SUPERCENTER CENTENNIAL CO Date 04/22/09 | $ -67.08 | | $ 1,465.85 |

Account 01 History

24226389113360293862386 5411 %% Card 16 #2309

# Account Reconciliation Form

43316

A. The Ending Balance Shown on Statement $ **20.00**

B. List Deposits Not Shown on Statement $ ___
$ ___
$ ___

C. Total of Lines B $ ___

D. Add Line C to Line A $ **20.00**

E. List Below All Checks Written & Any Withdrawals Not Posted on Statement

| Check # | $ Amount | Check # | $ Amount |
|---------|----------|---------|----------|
| 3556 | 15.00 | | |
| | | | |
| | | | |
| | | | |

F. Total of Column E $ **15.00**

G. Subtract Line F From Line D $ **5.00**

H. The Ending Balance In Your Check Register $ **5.00**

I. List Deposits, Transfers or Interest Credited Not Already Listed in Your Check Register $ ___
$ ___
$ ___
$ ___

J. Total of Lines I $ ___

K. Add Line J to Line H $ ___

L. List Below All Checks & Charges Not Already Reflected In Your Check Register

| Check # | $ Amount | Check # | $ Amount |
|---------|----------|---------|----------|
| | | | |
| | | | |
| | | | |
| | | | |

M. Total of Column L $ ___

N. Subtract Line M From Line K $ **5.00**

The balances (Line "G" and Line "N" above) should agree. If not, recheck your entries from this statement and your check register. All deposits and credits are subject to final collection.

## In Case of Errors or Questions About Your Electronic Transfers

Direct inquiries to us at our address or telephone number printed on the front page of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1)   Tell us your name and account number (if any).
   (2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   (3)   Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## The information below is applicable to those Accounts which may be subject to a Finance Charge.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the front page of this statement, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
   -   Your name and account number.
   -   The dollar amount of the suspected error.
   -   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

PAYMENT INFORMATION - Please mail or deliver your payment to the financial institution at the address indicated on the reverse side hereof. Payments received on weekends and holidays will be credited the next business day. Payments received after your closing date will appear on your next statement. If the financial institution has been authorized to deduct the minimum payment from your Account it will be deducted and credited to your Account as of the date shown on the reverse side hereof. To avoid additional FINANCE CHARGES pay your balance in full. Please call the financial institution for the exact balance as the balance changes daily.

FINANCE CHARGE - The FINANCE CHARGE on your account is calculated by applying the different PERIODIC RATES to the appropriate range of the outstanding daily balance of your account. The outstanding daily balance is calculated by using the beginning balance of your account each day, adding any new advances or debits, and subtracting any payments or credits. The FINANCE CHARGE may be determined as follows:
   1.   Using the rate ranges, separate the outstanding daily balance into appropriate range amounts.
   2.   Multiply each outstanding daily balance by the applicable periodic rate.
   3.   Multiply each of these results by the number of days the applicable rate was in effect.
   4.   Add the results of Step #3 together.
USE OF THE AVERAGE DAILY BALANCE - If the daily balances are not shown on your statement the average daily balance may be used. The average daily balance is or can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge. To calculate the average daily balance, all of the daily balances for the billing cycle are added up and the total is divided by the number of days in the billing cycle. The FINANCE CHARGE is or may be determined as follows
   1.   Multiplying each of the average balances by the number of days in the billing cycle or if the daily rate varied during the cycle, by multiplying by the number of days the applicable rate was in effect.
   2.   Multiplying each of the results by the applicable daily periodic rate, and adding these products together.

## Chase Online

Sunday, June 14, 2009

### Search Results BUSINESS CLASSIC (...7040)

**Transaction type:** All Transactions
**Date range:** 04/23/2009 - 05/31/2009

### Search Results 1 - 11

| Date | Type | Description | Debit | Credit | Balance |
|------|------|-------------|-------|--------|---------|
| 05/28/2009 | Misc. Debit | WITHDRAWAL | $100.00 | | $4,332.17 |
| 05/28/2009 | Misc. Debit | CHECK # 1005 WAL-MART STORES PURCHASE PARKCO POP ID: 9037012892 | $166.07 | | $4,432.17 |
| 05/28/2009 | Check | CHECK # 1009 | $695.00 | | $4,598.24 |
| 05/28/2009 | Deposit | DEPOSIT | | $3,500.00 | $5,293.24 |
| 05/27/2009 | Check | CHECK # 1003 | $20.25 | | $1,793.24 |
| 05/27/2009 | Check | CHECK # 1002 | $68.22 | | $1,813.49 |
| 05/26/2009 | Check | CHECK # 1004 | $170.21 | | $1,881.71 |
| 05/26/2009 | Deposit | DEPOSIT | | $1,590.01 | $2,051.92 |
| 05/21/2009 | Misc. Debit | CHECK # 1001 WAL-MART STORES PURCHASE PARKCO POP ID: 9037012892 | $252.61 | | $461.91 |
| 05/19/2009 | Deposit | DEPOSIT | | $614.52 | $714.52 |
| 05/05/2009 | Deposit | DEPOSIT | | $100.00 | $100.00 |

© 2009 JPMorgan Chase & Co

1631067040

Electronic Reconciliation Form

| A. The Ending Balance Shown on Statement | $ 4,332.17 |
|---|---|

| B. List Deposits Not Shown on Statement | $ |
| | $ |
| | $ |

| C. Total of Lines B | $ |
| D. Add Line C to Line A | $ 4,332.17 |

E. List Below All Checks Written & Any Withdrawals Not Posted on Statement

| Check # | $ Amount | Check # | $ Amount |
|---|---|---|---|
| 1006 | $ 171.23 | 1012 | $ 83.01 |
| 1007 | $ 99.84 | 1013 | $ 76.19 |
| 1008 | $ 575.93 | 1014 | $ 90.96 |
| 1010 | $ 122.66 | | $ |
| 1011 | $ 1,985.00 | | $ |

| F. Total of Column E | $ 3,204.82 |
| G. Subtract Line F From Line D | $ 1,127.35 |

| H. The Ending Balance In Your Check Register | $ 1,127.35 |
|---|---|

| I. List Deposits, Transfers or Interest Credited (Not Already Listed in Your Check Register) | $ |
| | $ |
| | $ |

| J. Total of Lines I | $ |
| K. Add Line J to Line H | $ |

L. List Below All Checks & Charges Not Already Reflected In Your Check Register

| Check # | $ Amount | Check # | $ Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

| M. Total of Column L | $ |
| N. Subtract Line M From Line K | $ 1,127.35 |

The balances (Line "G" and Line "N" above) should agree. If not, recheck your entries from this statement and your check register. All deposits and credits are subject to final collection.

*In Case of Errors or Questions About Your Electronic Transfers*

Direct inquiries to us at our address or telephone number printed on the front page of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number (if any).

(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3)   Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## The information below is applicable to those Accounts which may be subject to a Finance Charge.

*In Case of Errors or Questions About Your Bill*

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the front page of this statement, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

•   Your name and account number.

•   The dollar amount of the suspected error.

•   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

PAYMENT INFORMATION - Please mail or deliver your payment to the financial institution at the address indicated on the reverse side hereof. Payments received on accounts and holidays will be credited, or we may process any Payments received after your closing date will appear on your next statement. If the financial institution has been authorized to deduct the minimum payment from your Account it will be deducted and credited to your Account as of the date shown on the reverse side hereof. To avoid additional FINANCE CHARGES pay your balance in full. Please call the financial institution for the exact balance as the balance charge varies.

FINANCE CHARGE - The FINANCE CHARGE on your account is calculated by applying the different PERIODIC RATES to the appropriate range of the outstanding daily balance of your account. The outstanding daily balance is calculated by using the beginning balance of your account each day, adding any new advances or debits and subtracting any payments or credits. The FINANCE CHARGE may be determined as follows:

1.   Using the rate ranges, separate the outstanding daily balance into appropriate range amounts.

2.   Multiply each outstanding daily balance by the applicable periodic rate.

3.   Multiply each of these results by the applicable periodic rate.

4.   Add the results of Step #3 together.

USE OF THE AVERAGE DAILY BALANCE - If the daily balances are not shown on your statement the average daily balance may be used. The average daily balance is or can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge. To calculate the average daily balance, all of the daily balances for the billing cycle are added up and the total is divided by the number of days in the billing cycle. The FINANCE CHARGE is or may be determined as follows:

1.   Multiplying each of the average balances by the number of days in the billing cycle (or if the daily rate varied during the cycle, by multiplying by the number of days the applicable rate was in effect).

2.   Multiplying each of the results by the applicable daily periodic rate, and adding these products together.

## Colorado Capital Bank

**Print Date** : June 16, 2009

| Account Title | FREE CHECKING WITH INTEREST | Account Balance | $477.60 |
|---|---|---|---|
| | | Available Balance | $327.60 |
| Account Number | 33006596 | 2009 Interest | $0.09 |
| | | 2008 Interest | $0.02 |
| Account Type | Checking | | |

### Account #33006596 History
04-23-2009 to 05-31-2009

| Date | Check # | Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 04-27-2009 | 1034 | CHECK | | 1,733.00 |
| 04-27-2009 | | ACH DEPOSIT INET XFER 04-27 FROM XXXXXXXX3391 | 8,000.00 | |
| 04-28-2009 | 1044 | CHECK | | 2,000.00 |
| 04-28-2009 | 1038 | ACH WITHDRAWAL AURORA LOAN SERV ACH DEBIT CHECK PYMT 01038 | | 428.55 |
| 04-28-2009 | 1037 | CHECK | | 720.61 |
| 04-28-2009 | 1035 | CHECK | | 213.14 |
| 04-29-2009 | 1045 | CHECK | | 1,500.00 |
| 04-29-2009 | 1036 | CHECK | | 55.44 |
| 04-29-2009 | | ACH WITHDRAWAL SALLIE MAE 91113311691001B101 ACH DEBIT EBILL 91113311691001B | | 650.00 |
| 05-01-2009 | 1042 | ACH WITHDRAWAL AURORA LOAN SERV ACH DEBIT CHECK PYMT 01042 | | 1,247.85 |
| 05-01-2009 | 1041 | CHECK | | 122.66 |
| 05-01-2009 | 1040 | ACH WITHDRAWAL XCEL ENERGY 991200437660156 ACH DEBIT XCELENERGY 01040 | | 85.84 |
| 05-01-2009 | | ACH DEPOSIT COLORADO CAPITAL JACKSON,DOUGLAS L ACH CREDIT DIRECT DEP 727021562037K7U | 266.05 | |
| 05-04-2009 | 1043 | CHECK | | 250.00 |
| 05-04- | | POS PURCHASE ARIZONA GRAND GOLF COUR | | |

| Date | | Description | Amount |
|---|---|---|---|
| 2009 | | PHOENIX, POINT OF SALE DEBIT | 162.44 |
| 05-04-2009 | | POS PURCHASE DENVER CHOP HO32138489 DENVER, POINT OF SALE DEBIT | 110.89 |
| 05-04-2009 | | POS PURCHASE DIA PARKING DENVER, POINT OF SALE DEBIT | 54.00 |
| 05-04-2009 | | POS PURCHASE LTV/FRONTIER-IN FLIGH 111-111-1111, POINT OF SALE DEBIT | 10.00 |
| 05-04-2009 | | POS PURCHASE LTV/FRONTIER-IN FLIGH 111-111-1111, POINT OF SALE DEBIT | 10.00 |
| 05-04-2009 | | POS PURCHASE LTV/FRONTIER-IN FLIGH 111-111-1111, POINT OF SALE DEBIT | 10.00 |
| 05-04-2009 | | POS PURCHASE CYPRESS GOLF SOLUTIONS 503-972-0860, POINT OF SALE DEBIT | 3.98 |
| 05-05-2009 | | POS PURCHASE WESTERN CONVENIENCE104 CASTLE ROCK, POINT OF SALE DEBIT | 45.00 |
| 05-05-2009 | | POS PURCHASE LTV/FRONTIER-IN FLIGH 111-111-1111, POINT OF SALE DEBIT | 10.00 |
| 05-06-2009 | | POS PURCHASE AGR THE LOBBY GRILL PHOENIX, POINT OF SALE DEBIT | 192.81 |
| 05-06-2009 | | POS PURCHASE WALGREENS #7138 PARKER, POINT OF SALE DEBIT | 40.56 |
| 05-11-2009 | | POS PURCHASE KING SOOPERS #0075 PARKER, POINT OF SALE DEBIT | 102.00 |
| 05-11-2009 | | POS PURCHASE KING SOOPERS #0075 PARKER, POINT OF SALE DEBIT | 12.24 |
| 05-12-2009 | 1047 | ACH WITHDRAWAL BOOKSPAN BOOKS ACH DEBIT CHECK PYMT 01047 | 28.98 |
| 05-13-2009 | 1049 | ACH WITHDRAWAL BMG MUSIC ACH DEBIT CHECK PYMT 01049 | 2.79 |
| 05-13-2009 | 1046 | CHECK | 341.17 |
| 05-13-2009 | | ACH DEPOSIT INET XFER 05-13 FROM XXXXXXXX3391 | 8,000.00 |
| 05-14-2009 | 1048 | CHECK | 212.00 |
| | | ACH WITHDRAWAL BANK OF AMERICA | |

| Date | Check # | Description | | |
|---|---|---|---|---|
| 05-14-2009 | | 20090513111949481P ACH DEBIT MORTGAGE 143359361 | | 6,970.79 |
| 05-14-2009 | | POS PURCHASE SCHOLASTIC BOOKFAIRS BROOKLYN CENT, POINT OF SALE DEBIT | | 31.99 |
| 05-15-2009 | | POS PURCHASE HAIR & NAILS ETC INC PARKER, POINT OF SALE DEBIT | | 30.00 |
| 05-15-2009 | | ACH DEPOSIT COLORADO CAPITAL JACKSON,DOUGLAS L ACH CREDIT DIRECT DEP 490013450431K7U | 268.06 | |
| 05-18-2009 | | INTEREST COMPOUNDED | 0.01 | |
| 05-18-2009 | | ACH WITHDRAWAL SMITH BARNEY DOUGLAS L. JACKSON ACH DEBIT AFT | | 75.00 |
| 05-18-2009 | | ACH WITHDRAWAL SMITH BARNEY DOUGLAS L JACKSON ACH DEBIT AFT | | 75.00 |
| 05-18-2009 | | POS PURCHASE GARDENS OF ALL SEASONS FRANKTOWN, POINT OF SALE DEBIT | | 165.40 |
| 05-18-2009 | | POS PURCHASE THE PET SPOT EDWARDS, POINT OF SALE DEBIT | | 39.64 |
| 05-19-2009 | 1055 | CHECK | | 37.60 |
| 05-19-2009 | 1053 | CHECK | | 132.53 |
| 05-19-2009 | 1051 | ACH WITHDRAWAL BOOKSPAN BOOKS ACH DEBIT CHECK PYMT 01051 | | 37.96 |
| 05-20-2009 | 1052 | ACH WITHDRAWAL AT & T MOBILITY 806231176 ACH DEBIT CHECK PYMT 1052 | | 235.72 |
| 05-21-2009 | 1039 | CHECK | | 1,000.00 |
| 05-21-2009 | | POS PURCHASE WM SUPERCENTER PARKER, POINT OF SALE DEBIT | | 39.61 |
| 05-22-2009 | 1054 | CHECK | | 45.00 |
| 05-27-2009 | 1057 | CHECK | | 1,542.58 |
| 05-29-2009 | | ACH DEPOSIT COLORADO CAPITAL JACKSON,DOUGLAS L ACH CREDIT DIRECT DEP 796020187125K7U | 467.60 | |

## Account Reconciliation Form

33006596

| | |
|---|---|
| A. The Ending Balance Shown on Statement | $ 477.60 |
| B. List Deposits Not Shown on Statement | $_____ |
| | $_____ |
| | $_____ |
| C. Total of Lines B | $_____ |
| D. Add Line C to Line A | $_____ |
| E. List Below All Checks Written & Any Withdrawals Not Posted on Statement | |

| Check # | $ Amount | Check # | $ Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

| | |
|---|---|
| F. Total of Column E | $_____ |
| G. Subtract Line F From Line D | $ 477.60 |

| | |
|---|---|
| H. The Ending Balance In Your Check Register | $ 477.60 |
| I. List Deposits, Transfers or Interest Credited Not Already Listed in Your Check Register | $_____ |
| | $_____ |
| | $_____ |
| J. Total of Lines I | $_____ |
| K. Add Line J to Line H | $_____ |
| L. List Below All Checks & Charges Not Already Reflected in Your Check Register | |

| Check # | $ Amount | Check # | $ Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

| | |
|---|---|
| M. Total of Column L | $_____ |
| N. Subtract Line M From Line K | $ 477.60 |

The balances (Line "G" and Line "N" above) should agree. If not, recheck your entries from this statement and your check register. All deposits and credits are subject to final collection.

### In Case of Errors or Questions About Your Electronic Transfers

Direct inquiries to us at our address or telephone number printed on the front page of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1)  Tell us your name and account number (if any).

   (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   (3)  Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### The information below is applicable to those Accounts which may be subject to a Finance Charge.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the front page of this statement, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

   -  Your name and account number.

   -  The dollar amount of the suspected error.

   -  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**PAYMENT INFORMATION** - Please mail or deliver your payment to the financial institution at the address indicated on the reverse side hereof. Payments received on weekends and holidays will be credited. In next business day. Payments received after your closing date will appear on your next statement. If the financial institution has been authorized to deduct the minimum payment from your Account, it will be deducted and credited to your Account as of the date shown on the reverse side hereof. In avoid additional FINANCE CHARGES pay your balance in full. Please call the financial institution for the exact balance as the balance changes daily.

**FINANCE CHARGE** - The FINANCE CHARGE on your account is calculated by applying the different PERIODIC RATES to the appropriate range of the outstanding daily balance of your account. The outstanding daily balance is calculated by using the beginning balance of your account each day, adding any new advances or debits, and subtracting any payments or credits. The FINANCE CHARGE may be determined as follows:

  1.  Using the rate ranges, separate the outstanding daily balance into appropriate range amounts.

  2.  Multiply each outstanding daily balance by the applicable periodic rate.

  3.  Multiply each of these results by the number of days the applicable rate was in effect.

  4.  Add the results of Step #3 together.

**USE OF THE AVERAGE DAILY BALANCE** - If the daily balances are not shown on your statement the average daily balance may be used. The average daily balance is or can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge. To calculate the average daily balance, all of the daily balances for the billing cycle are added up and the total is divided by the number of days in the billing cycle. The FINANCE CHARGE is or may be determined as follows:

  1.  Multiplying each of the average balances by the number of days in the billing cycle (or if the daily rate varied during the cycle, by multiplying by the number of days the applicable rate was in effect).

  2.  Multiplying each of the results by the applicable daily periodic rate, and adding these products together.