UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                      )
                                            )
                                            )          Case No. 09-17308-HRT
DOUGLAS L. JACKSON                          )
XXX-XX-6674                                 )          Chapter 11
and                                         )
                                            )
                                            )
HOLLY K. JACKSON                            )
XXX-XX-4031                                 )
                                            )
                                            )
Debtors.                                    )

## DISCLOSURE STATEMENT TO ACCOMPANY CHAPTER 11 PLAN OF REORGANIZATION DATED JULY 20, 2009

### INTRODUCTION

This Disclosure Statement ("Disclosure Statement") has been prepared by Douglas L. Jackson and Holly K. Jackson (the "Debtors" or the "Jacksons") to accompany their Chapter 11 Plan of Reorganization dated July 20, 2009 (the "Plan") which has been filed in the Debtors' Chapter 11 case. This Disclosure Statement is being provided to all creditors and interest holders of the Debtors. This Disclosure Statement is subject to final approval pursuant to 11 U.S.C. Section 1125 by the United States Bankruptcy Court for the District of Colorado as containing adequate information to enable creditors and interest holders to determine whether to accept the Debtors' Plan. The Court's approval of this Disclosure Statement does not constitute a decision on the merits of the Debtors' Plan. Issues related to the merits of the Plan and its confirmation will be the subject of a confirmation hearing, which is scheduled for _____, 2009 at _____ _.m. in **Courtroom B, at the United States Bankruptcy Court, U.S. Customs House, 721 - 19th Street, Denver, Colorado.**

**THIS DISCLOSURE STATEMENT HAS BEEN NEITHER APPROVED NOR DISAPPROVED BY THE SECURITIES AND EXCHANGE COMMISSION. THE COMMISSION HAS SIMILARLY NOT REVIEWED THE ACCURACY OR ADEQUACY OF THIS DISCLOSURE STATEMENT.**

The Plan of Reorganization is the governing document or contract with creditors once it is confirmed by the Court. In the event of any inconsistencies between the Plan and this Disclosure Statement, the Plan supersedes the Disclosure Statement and will be the sole Court approved document that governs the post-confirmation relationship and agreements between the parties.

This Disclosure Statement is provided to you along with a copy of the Debtors' Plan and a Ballot to be used for voting on the Plan. Please complete the Ballot according to the instructions contained on the Ballot if you intend to vote for or against the Debtors' Plan. Each creditor or interest holder may vote on the Plan by completing the enclosed Ballot and returning it to counsel for the Debtors:

> Aaron A. Garber, Esq.
> Kutner Miller Brinen, P.C.
> 303 East 17th Avenue
> Suite 500
> Denver, CO 80203

This Ballot must be received by Kutner Miller Brinen, P.C. no later than _____ ___, **2009**, which date has been set by the Court as the last day to vote on the Plan. Terms contained in this Disclosure Statement, which are defined in the Plan, have the same meaning as set forth in the definitional section of the Plan, Article II.

**Recommendation**. As discussed more fully below, the Debtors firmly believe that the Plan represents the best alternative for providing the maximum value and quickest recovery for creditors. The Plan proposes a guaranteed payment to unsecured creditors over time through the Debtors' earnings to achieve the maximum recovery for their creditors. **Again, the Debtors strongly believe that confirmation of the Plan is in the best interests of creditors and recommend that all creditors entitled to vote on the Plan vote to accept the Plan.**

**Voting Requirements.** Pursuant to the Bankruptcy Code, only Classes of Claims or Interests that are "impaired" under the Plan are entitled to vote to accept or reject the Plan. Classes of Claims and Interests that are not impaired are not entitled to vote and are deemed to have accepted the Plan. Voting on the Plan shall be pursuant to the provisions of the Bankruptcy Code and the Bankruptcy Rules, and a Class shall have accepted the Plan if the Plan is accepted by at least two-thirds in

amount and more than one-half in number of the Allowed Claims of such Class actually voting.

**Voting Classes**. Each holder of an Allowed Claim in Classes 1, 2, 3, 4, 5, and 10 shall be entitled to vote to accept or reject the Plan.

**Deemed Acceptance of Plan**. The Plan treats Classes 6, 7, 8, 9, and 11 as unimpaired. Unimpaired classes are conclusively presumed to accept the Plan pursuant to Section 1126(f) of the Bankruptcy Code.

**Deemed Rejection of Plan**. The Plan does not provide for any Class of creditors that shall receive and retain nothing under the Plan. Classes that receive and retain nothing under the Plan are deemed to reject the Plan pursuant to Section 1126(g) of the Bankruptcy Code.

**One Vote Per Holder.** If a holder of a Claim holds more than one Claim in any one Class, all Claims of such holder in such Class shall be aggregated and deemed to be one Claim for purposes of determining the number of Claims voting for or against the Plan.

## OVERVIEW OF THE PLAN

The Plan provides for the reorganization of the Debtors under Chapter 11 of the Bankruptcy Code. The Debtors are individuals who reside at 5019 Carefree Trail, Parker, Colorado. This Plan provides for the reorganization of the Debtors' financial affairs under Chapter 11 of the Bankruptcy Code. Pursuant to the Plan, Mr. Jackson will continue his occupation as a financial planer. The Debtors are surrendering certain real estate which, under current economic conditions, is no longer a viable investment.

## CHAPTER 11 AND PLAN CONFIRMATION

Chapter 11 of the United States Bankruptcy Code is designed to allow for the rehabilitation and reorganization of financially troubled entities or individuals. Chapter 11 allows the Debtors to retain their assets during administration of its Chapter 11 case as Debtors-in-Possession and following confirmation of a Plan as reorganized Debtors or as provided in the Plan. Once confirmation of a Plan of Reorganization is approved by the Court, the Plan of Reorganization is the permanent restructuring of the Debtors' financial obligations. The Plan also provides a means through which the Debtors will restructure or repay their obligations. The Plan will provide the

Debtors with an opportunity to eliminate unprofitable investments while continuing in gainful employment that will be used to finance the Plan.

The Plan of Reorganization divides creditors into classes of similarly situated creditors. All creditors of the same Class are treated in a similar fashion. All member Interests are also classified and treated alike. Each Class of creditors or interest holders is either impaired or unimpaired under the Plan. A Class is unimpaired if the Plan leaves unaltered the legal, equitable and contractual rights to which each creditor in the class is entitled. Alternatively, a claimant is unimpaired if the Plan provides for the cure of a default and reinstatement of the maturity date of the claim as it existed prior to the default.

The Bankruptcy Court set a bar date establishing May 29, 2009 as the last date for filing Proofs of Claim. The Plan provides that Claims and Interests of all Classes shall be allowed only if evidenced by a timely filed Proof of Claim or Interest or which otherwise appear in the Schedules filed by the Debtors and are not scheduled as disputed, contingent or unliquidated unless subsequently allowed by the Court. Creditors may check as to whether or not their claims have been scheduled as disputed, contingent or unliquidated by reviewing the Schedules filed by the Debtors in the Bankruptcy Court for the District of Colorado. Alternatively, creditors may contact counsel for the Debtors directly in order to determine how they have been scheduled.

Chapter 11 does not require that each holder of a Claim against or Interest in the Debtors to vote in favor of the Plan in order for the Court to confirm the Plan. The Plan, however, must be accepted by at least one impaired Class of Claims by a majority in number and two thirds in amount, without including insider acceptance, of those Claims of such Class actually voting on the Plan. Assuming one impaired Class votes to accept the Plan, it may be confirmed over its rejection by other Classes if the Court finds that the Plan does not discriminate unfairly and is fair and equitable, with respect to each Class of Claims or Interests that is impaired under and has not accepted the Plan.

The Bankruptcy Code requires that if interest holders retain an interest or receive anything under the Plan, then the unsecured creditor classes must either be paid the full value of their claims or vote to accept the Plan. Since the Debtors believe that the Plan provides the best alternative for creditors, all creditors are urged to vote to accept the Plan.

If all Classes of Claims and Interests vote to accept the Plan, the Court may confirm the Plan.

4

Section 1129 of the Bankruptcy Code sets forth the requirements for confirmation. Among other things, Section 1129 requires that the Plan be in the best interest of the holders of Claims and Interests and be feasible through a showing that confirmation will not be followed by the need for further financial reorganization of the Debtors.

## BACKGROUND AND EVENTS LEADING TO CHAPTER 11 FILING

Mr. Jackson is a successful financial planner. As many Americans did during the real estate boom, the Jacksons used their income and savings to make a number of real estate investments. In August 2005, the Debtors invested $87,000 in a residential real estate project located in Parker, Colorado, on a joint venture basis, with Sonoran Custom Homes, a local custom home builder. In December 2005, the Debtors invested $79,500 in another residential real estate project located in Arvada, Colorado, on a joint venture basis, with Sonoran Custom Homes. The past 18-24 months have seen significant declines in real estate values, the absence of credit facilities in the marketplace and general apprehension and fear among the buying public. The properties the Debtors invested in with Sonoran Custom Homes are now owned by the secured lenders as a result of the partnership's inability to continuously carry these properties for years after the projects were completed. The principal members of Sonoran Custom Homes are now insolvent and seeking bankruptcy relief.

The Debtors purchased a third property, located at 1080 South Adams St, Denver, Colorado, on or around November 2006. The builder of this home was offering the property at a very attractive price in a highly sought after neighborhood in Denver Colorado. At the time, the Debtors believed the properties invested in with Sonoran Custom Homes would be sold and the proceeds could be utilized to significantly reduce the mortgage on the Adams property. In order to reduce monthly obligations in the interim on the Adams property, the Debtors quickly rented the home to an executive and his family. On or about March 2008, the executive lost his job and vacated the property. By this time, the deterioration in the residential real estate market had accelerated and the Debtors earned income had substantially decreased, as more fully described below. In light of this stark reality, the Debtors had no choice but to offer the Denver property for sale. Based on current economic conditions and comparable real estate prices, the Debtors elected to hire counsel to

assist in negotiating a short sale or deed in lieu with the lender on the property since the appraised value of the property was substantially less than the amount owed on the mortgage. Over the course of the summer of 2008, the property was ultimately approved for a short sale by the lender. Although several offers were received, all of the prospective buyers had significant problems obtaining the required financing as a result of the collapse of the credit markets. The Debtors utilized almost every available liquid asset and credit facility they possessed in order to service the debt on the Denver property. Ultimately, the property was foreclosed upon by the lender on or around April 2009.

Finally, the Debtors have experienced a substantial reduction in income over the past 2 1/2 years. On or around January 15, 2007, Mr. Jackson elected to join a privately held bank in Colorado as its Director of Estate Planning under the guise that the Bank had a substantial number of qualified referrals they could provide. Indeed, the proffered base salary, revenue projections, bonus structures and lack of having to engage in marketing were very appealing. The Bank was enjoying meteoric growth rates, had a compelling distribution model and dealt primarily with higher net worth individuals and closely-held business owners. Since a significant portion of Mr. Jackson's compensation was projected to come from new assets under management, insurance commissions and fees, this transition seemed to be in the best interests of the family. Unfortunately, the estate planning practice took much longer to deploy than originally anticipated, the economy started to slow drastically, credit markets froze, the stock market collapsed and the Bank's bonus plan was abandoned in efforts to cut costs. Over the course of 2007 through 2008, Mr. Jackson sustained a 30-40% drop in income by joining the Bank.

In addition to their home in Parker, Colorado, in May 2007 the Debtors invested in a vacant residential lot in Harrison, Idaho for development and a condominium in Phoenix Arizona in March 2006. Once again, the last year and a half has seen a dramatic down turn in the real estate markets. The value of all the Debtors' real estate investments have declined such that properties once with equity are now worth less than the secured debt owing on the property. The Idaho property is currently listed for sale but there is limited financing available for such properties and the market for this type of home, in this locale, is severely depressed. Given these developments, the Debtors were forced to seek relief under Chapter 11 of the Bankruptcy Code so

they could avoid insurmountable deficiency claims and potential income tax obligations that would exist for properties that are foreclosed upon or surrendered to lien holders.

## DESCRIPTION OF ASSETS

As of Petition Date (unless otherwise indicated), as identified on the Debtors' Schedules, the value of the Debtors' primary assets are as follows:

| Asset | Market Value | Liquidation Value |
|---|---|---|
| Idaho Property | $1,900,000 | $0 |
| Phoenix Property | $180,000 | $0 |
| Parker Property | $910,000 | $0 |
| Cash | $4,867 | $4,867 |
| Household goods and furnishings | $2,143 | $0 |
| Books/Pictures | $75 | $0 |
| Clothes/Jewelry | $500 | $0 |
| Firearms/Hobby | $130 | $130 |
| Cash value of life insurance policy | $44,095 | $19,095 |
| Vehicles | $52,500 | $5,500 |
| Office and business machinery | $3,100 | $0 |
| Total: | $3,548,043 | $29,592 |

While the Debtors' assets have the market values listed above, liquidation value is substantially lower. All of the Debtors' real property is pledged as collateral to their secured creditors, which secured claims exceed the value of the property. The Debtors' household goods, books, pictures, clothes, jewelry, and office equipment are all subject to the state law exemptions. Taking into consideration the secured claims existing against the vehicles, and the Debtors' state law exemptions, the liquidation value is $5,500.

The Debtors are reserving the right to bring avoidance actions pursuant to 11 U.S.C. §§ 545 through 550 and state and bankruptcy fraudulent conveyance actions. The Debtors are currently in the process of evaluating these claims to determine which, if any, such claims are viable. The total payments made to creditors within the 90 days prior to the Petition Date was approximately $20,912.37 and to insiders within the year preceding the Petition Date was $0.00. The Debtors believe that the majority of these payments are subject to legitimate statutory defenses and therefore

are unavoidable as the payments were all made to secured creditors in this case, in the ordinary course.

## DESCRIPTION OF LIABILITIES

**A.     Priority Claims**

### 1.  Priority Claims

Priority Claims are defined in the Plan as any pre-petition Claim entitled to a priority payment under 11 U.S.C. § 507(a) of the Bankruptcy Code, excluding any Administrative Claim or Tax Claim.

### 2.  Administrative Claims

Administrative Claims are those Claims for payment of an administrative expense of a kind specified in §503(b) or §1114(e)(2) of the Bankruptcy Code and entitled to priority pursuant to §507(a)(1) of the Bankruptcy Code, including, but not limited to: (a) the actual, necessary costs and expenses, incurred after the Petition Date, of preserving the estates and operating the businesses of the Debtor, including wages, salaries, or commissions for services rendered after the commencement of the Chapter 11 Case; (b) Professional Fee Claims; (c) all fees and charges assessed against the Estates under 28 U.S.C. §1930; and (d) all Allowed Claims that are entitled to be treated as Administrative Claims pursuant to a Final Order of the Bankruptcy Court under §546(c)(2)(A) of the Bankruptcy Code. The Administrative Claims, including the professional fees incurred during the case which remain unpaid, are as follows:

The Debtors retained Kutner Miller Brinen, P.C. ("KMB") as their bankruptcy counsel. The Debtors provided KMB with a retainer in the amount of $11,776 for post-petition services. The Debtors estimate that the total legal fees and costs to KMB as of the estimated date on which the Plan will become effective, September 30, 2009, will be $16,000. KMB has not filed any interim fee applications for payment of fees and reimbursement of costs to date. The legal fees could increase or decrease depending on the level of litigation over the Plan and creditor claims. KMB has received payment of $7,939 for fees and costs in this case.

The Debtors also retained May Jackson Hendrick, LLC ("MJH") as accountants to the Debtors to handle all financial reporting obligations and other financial services as required by the Debtors. The Debtors have not utilized MJH during the case. MJH therefore does not hold an

administrative expense claim.

The Debtors have paid their administrative expenses in the ordinary course of business during the course of the bankruptcy case, and therefore do not believe there will be any other material administrative claims asserted against the estate.

### Tax Claims

Tax Claims are any Claim of a governmental unit for taxes entitled to priority pursuant to 11 U.S.C. §507(a)(8). The Debtors did not schedule any Tax Claims and none have been asserted against the estate.

### B.     Secured Claims

#### 1.        Countrywide Bank:

Countrywide Bank is the holder of an Allowed Secured Claim arising from a secured loan and a first deed of trust for the Debtors' residence located at 5019 Carefree Trail, Parker, Colorado. As of the Petition Date, the balance on the loan was approximately $1,529,368. The collateral securing the loan has a value of approximately $910,000.

#### 2.        JP Morgan Chase Bank, NA (f/k/a Washington Mutual):

JP Morgan Chase Bank NA (f/k/a Washington Mutual) is the holder of an Allowed Secured Claim arising from a secured loan and second deed of trust on the Debtors' primary residence located at 5019 Carefree Trail, Parker, Colorado. As of the Petition Date, the balance on the loan was approximately $678,769. The collateral securing the loan has a value of approximately $910,000.

#### 3.        Aurora Loan Services:

Aurora Loan Services is the holder of an Allowed Secured Claim arising from secured loans and first and second deeds of trust encumbering the 8626 South 51st Street, Unit 1, Phoenix, Arizona investment property. As of the Petition Date, the balance on the first note was approximately $180,000 and the second note has a balance of $44,384. The collateral securing the loans has a value of approximately $180,000.

#### 3.        Indy Mac Federal Bank:

Indy Mac Federal Bank is the holder of an Allowed Secured Claim arising from a secured loan and a first deed of trust encumbering the 7767 South Gozzer Road, Harrison, Idaho investment

property. As of the Petition Date, the balance on the loan was approximately $2,100,000. The collateral securing the loan has a value of approximately $1,900,000.

### 4. Kootenai County Treasurer:

Kootenai County Treasurer is the holder of an Allowed Secured Claim arising from a secured loan for property taxes in the amount of $1,787.93 encumbering the 7767 South Gozzer Road, Harrison, Idaho investment property. The collateral securing the loan has a value of approximately $1,900,000.

### 5. Public Service Credit Union:

Public Service Credit Union is the holder of a Secured Claim arising from arising from a secured loan for the purchase of the Jacksons' 2006 Hummer H2. As of the Petition Date, the balance on the loan was approximately $26,046.26. The collateral securing the loan has a value of approximately $20,000.

### 6. Security Service Federal Credit Union

Security Service Federal Credit Union is the holder of a Secured Claim arising from arising from a secured loan for the purchase of the Jacksons' 2005 Chevy Avalanche. As of the Petition Date, the balance on the loan was approximately $19,327.46. The collateral securing the loan has a value of approximately $17,000.


### C.    Non-Priority Unsecured Creditors

The Debtors have a number of unsecured pre-petition creditors. Several of the unsecured creditors have filed proofs of Claim as of the bar date set in this case for filing claims which was May 29, 2009. The Debtors have compiled a list of the Claims which it scheduled in the bankruptcy case and the Claims filed by creditors. To the extent that a creditor who was scheduled by the Debtors filed a Claim, the amount of the Claim as filed by the creditor is considered in the analysis. The Claims list containing all known unsecured claims of the Jacksons is attached to this Disclosure Statement as Exhibit A. Unsecured Claims against the Jacksons in the total amount of $1,233,105.16 have been asserted against the Jacksons' estate. The Jacksons' records indicate Class 10 Claims total $305,787.33, not inclusive of any deficiency claims that may be held by secured creditors. Deficiency claims are estimated to total $1,520,917. The total amount of non-priority

10

unsecured claims is estimated to total $1,826,704.

**D.**   **Leases and Executory Contracts**
      **Contracts and Leases**

The Debtors do not believe they are party to any pre-petition leases or executory contracts. To the extent the Debtors are, under the terms of the Plan, the Debtors are assuming all executory contracts and unexpired leases previously assumed by the Debtors pursuant to Court Order or for which a motion to assume has been filed and is pending.   The Debtors are also assuming those executory contracts and unexpired leases listed on Exhibit A to the Plan. The Debtors maintain the right to modify Exhibit A of the Plan through the Plan Confirmation Date.  Confirmation of the Plan shall constitute a determination that the payments to be made to creditors of assumed leases or executory contracts pursuant to the Plan satisfies all conditions precedent set forth in 11 U.S.C. § 365.

The Debtors are rejecting all executory contracts and unexpired leases: (a) previously rejected by Court Order, (b) subject to a pending motion to reject, or (c) not specifically assumed in accordance with the Plan.  All proofs of Claim with respect to Claims arising from the rejection of any executory contract or unexpired lease shall be filed with the Court within twenty (20) days after the earlier of (i) the date of the Court order approving the Debtors' rejection of such executory contract or unexpired lease or (ii) the Confirmation Date.

## DESCRIPTION OF THE PLAN

The Debtors filed their Plan of Reorganization with the United States Bankruptcy Court for the District of Colorado on July 20, 2009.  The Plan provides for the reorganization of the Debtors. Funding of the Plan will be derived from the Debtors' ongoing employment as a financial advisor.

The Plan provides for the specification and treatment of all creditors and Interest holders of the Debtors.   The Plan identifies whether each Class is impaired or unimpaired.   A Class is unimpaired only if the Plan leaves unaltered the legal, equitable or contractual obligations between the Debtors and the unimpaired claimants or interest holders.  The following is a brief summary of the Plan. The actual text of the Plan should be reviewed for more specific detail.  In the event of any

11

conflict between the Plan and this Disclosure Statement, the terms of the Plan govern.

As provided in § 1123(a)(1) of the Code, the Priority, Administrative and Tax Claims against the Debtors are not designated as classes. The holders of such Allowed Claims are not entitled to vote on the Plan and such claims will be paid in full.

The Plan divides the creditors in each case into separate classes. The classes are set forth as follows:

Class 1 - All Allowed unsecured Claims specified in Section 507(a)(4), 507(a)(5) or 507(a)(6) of the Code as having priority.

Class 2 - The Allowed Secured Claim of Countrywide Bank on account of the first mortgage or deed of trust encumbering the 5019 Carefree Trail, Parker, Colorado property.

Class 3 – The Secured Claim of JP Morgan Chase Bank NA (f/k/a Washington Mutual) on account of the second mortgage or deed of trust encumbering the 5019 Carefree Trail, Parker, Colorado property.

Class 4 - The Allowed Secured Claim of Aurora Loan Services on account of the first mortgage or deed of trust encumbering the 8626 South 51st Street, Unit 1, Phoenix, Arizona property.

Class 5 - The Secured Claim of Aurora Loan Services on account of the second mortgage or deed of trust encumbering the 8626 South 51st Street, Unit 1, Phoenix, Arizona property.

Class 6 - The Allowed Secured Claim of Indy Mac Federal Bank on account of the first mortgage or deed of trust encumbering the 7767 South Gozzer Road, Harrison, Idaho property.

Class 7 – The Allowed Secured Claim of Kootenai County Treasurer.

Class 8 – The Allowed Secured Claim Public Service Credit Union.

Class 9 – The Allowed Secured Claim of Security Service Federal Credit Union.

Class 10 - All Allowed unsecured Claims, other than priority claims.

Class 11 –The Interests held by pre-confirmation shareholders.


## A.    CLAIMS

**Unclassified Priority Claims**

### 1.    Administrative Claims

The holders of Allowed Claims of the type specified in Section 507(a)(1) of the Code, costs

and expenses of administration, shall receive cash equal to the Allowed amount of such Claim or a lesser amount or different treatment as may be acceptable and agreed to by particular holders of such Claims. Such Claims shall be paid in full on the Plan Effective Date, paid in the ordinary course of business or, if agreed to by the claim holder, in full from the Unsecured Creditor Account established pursuant to paragraphs 7.1 and 9.2 of the Plan, or treated as otherwise agreed. The Debtors expect that KMB, Debtors' bankruptcy counsel, will hold an unpaid claim that constitutes a cost and expense of administration of the case for legal fees as of the Confirmation Date of the Plan estimated as September 30, 2009 in the amount of not less than $16,000.

All Administrative Claims of professionals are subject to Court approval on notice to creditors with an opportunity for a hearing. Certain professional fees may be paid pursuant to interim fee applications and upon Court allowance. The fees set forth above are the total fees expected in the case as of the estimated Confirmation Date of the Plan.

KMB is Debtors' bankruptcy counsel. KMB received a retainer from the Debtors in the amount of $11,776.00 for post-petition services. Any fees and costs allowed on an interim basis were paid directly from the Debtor and from the retainer during the case. The total amount expected to be due on the Confirmation Date of the Plan is approximately $4,000, which does not include fees and costs paid directly by the Debtor pursuant to Court Order.

MJH are the Debtors' accountants. MJH has not provided any services during the bankruptcy case and therefore does not hold an administrative expense claim against the estate.

The Debtors have paid all other administrative expenses in the ordinary course of business during the course of the bankruptcy case, and therefore does not believe that any other material administrative claims exist against the estate.

### 2. Tax Claims

The allowed Claims of a type specified in Section 507(a)(8) of the Code, Claims of unsecured governmental taxing authorities, shall be paid on the Effective Date The Debtors did not schedule any Tax Claims and none have been asserted against the estate.

### 3. United States Trustee Fees

The Debtors will make all payments required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) until the case is closed, converted, or dismissed. All payments due to the U.S.

13

Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid on the Effective Date, and the U.S. Trustee shall thereafter be paid fees due on a quarterly basis until the case is closed, converted, or dismissed. The Debtors' obligation to file post confirmation quarterly reports pursuant to 11 U.S.C. § 1930(a)(7) continues until the Chapter 11 case is dismissed, converted or closed. Since it is expected the case will be closed and a Final Decree entered shortly after closing, it is not expected that the fees will be a material post-petition obligation. Post-confirmation payments due to the United States Trustee are estimated to be less than $650 per quarter.

**Secured Claims**

### Class 2, Countrywide Bank

Class 2 consists of the Allowed Secured Claim of Countrywide Bank on account of the first mortgage or deed of trust encumbering the 5019 Carefree Trail, Parker, Colorado property. The Class 2 claim will be treated under this Plan as follows:

a.   The principal amount of the Class 2 claim will be allowed in the amount of $910,000, or, if Countrywide Bank objects to this amount, then the claim amount will determined by the Court at the confirmation hearing, or will be an amount as agreed upon by the Debtors and the Class 2 claimant on or before the Confirmation Date. Pursuant to 11 U.S.C. § 506, the claim is secured up to the value of the collateral for the claim and unsecured for the balance.

b.   The Class 2 claim will bear interest at the rate of: (i) 6% per annum commencing on the Effective Date of the Plan; or (ii) if the Class 2 claimant objects to such rate in writing and serves a copy of such objection on the Debtors at least fifteen (15) days prior to the commencement of the confirmation hearing, such rate will be determined by the Court as necessary to satisfy the requirements of 11 U.S.C. § 1129(b) of the Code; or (iii) such other rate as agreed by Debtors and the Class 2 claimant.

c.   The Class 2 Allowed Secured Claim will be amortized over a thirty (30) year period and paid in equal monthly installments.

14

    d.      The Class 2 claimant will retain all liens that secured its claim as of the Petition Date.

**Class 3, JP Morgan Chase Bank NA (f/k/a Washington Mutual)**

Class 3 consists of the Secured Claim of JP Morgan Chase Bank NA (f/k/a Washington Mutual) on account of the second mortgage or deed of trust encumbering the 5019 Carefree Trail, Parker, Colorado property. The Class 3 claim will be treated under this Plan as follows:

    a.      The property securing the Class 3 claim shall be valued at $910,000. The lien of JP Morgan Chase Bank NA (f/k/a Washington Mutual) shall be released and the Class 3 claim shall be treated as a Class 10 general unsecured claim pursuant to 11 U.S.C. § 506.

    b.      To the extent JP Morgan Chase Bank NA (f/k/a Washington Mutual) objects to its treatment under subparagraph a above, the principal amount of the Class 3 claim will be allowed in an amount determined by the Court at the confirmation hearing, or an amount as agreed upon by the Debtors and the Class 3 claimant on or before the Confirmation Date. Pursuant to 11 U.S.C. § 506, the claim is secured up to the value of the collateral for the claim and unsecured for the balance.

    c.      The Class 3 claim, if allowed as a secured claim, will bear interest at the rate of: (i) 6½% per annum commencing on the Effective Date of the Plan; or (ii) if the Class 3 claimant objects to such rate in writing and serves a copy of such objection on the Debtors at least fifteen (15) days prior to the commencement of the confirmation hearing, such rate will be determined by the Court as necessary to satisfy the requirements of 11 U.S.C. § 1129(b) of the Code; or (iii) such other rate as agreed by Debtors and the Class 3 claimant.

    d.      The Class 3 Allowed Secured Claim will be amortized over a thirty (30) year period and paid in equal monthly installments.

    e.      If not avoided pursuant to 11 U.S.C. § 506 as detailed in paragraph a above,

then the Class 3 claimant will retain all liens that secured its claim as of the Petition Date.

**Class 4, Aurora Loan Services**

Class 4 consists of the Allowed Secured Claim of Aurora Loan Services on account of the first mortgage or deed of trust encumbering the 8626 South 51st Street, Unit 1, Phoenix, Arizona property. The Class 4 claim will be treated under this Plan as follows:

    a.    The Class 4 Allowed Secured Claim is unimpaired by this Plan. The Class 4 Secured Claim will be Allowed in its full amount pursuant to the terms and conditions of the underlying loan documents which support, evidence, and underlie the Allowed Secured Claim. The legal, equitable and contractual rights to which the Class 4 claimant is entitled shall be unaltered by the Plan.

    b.    The property securing the Class 4 claim shall be deemed on the Effective Date of the Plan surrendered to Aurora Loan Services.

**Class 5, Aurora Loan Services**

Class 5 consists of the Secured Claim of Aurora Loan Services on account of the second mortgage or deed of trust encumbering the 8626 South 51st Street, Unit 1, Phoenix, Arizona property. The Class 5 claim will be treated under this Plan as follows:

    a.    The Class 5 Allowed Secured Claim is unimpaired by this Plan. The Class 5 Secured Claim will be Allowed in its full amount pursuant to the terms and conditions of the underlying loan documents which support, evidence, and underlie the Allowed Secured Claim. The legal, equitable and contractual rights to which the Class 5 claimant is entitled shall be unaltered by the Plan.

    b.    The property securing the Class 5 claim shall be deemed on the Effective Date of the Plan surrendered to Aurora Loan Services.

**Class 6, Indy Mac Federal Bank**

Class 6 consists of the Allowed Secured Claim of Indy Mac Federal Bank encumbering the 7767 South Gozzer Road, Harrison, Idaho property. The Class 6 claim will be treated under this Plan as follows:

      a.      The Class 6 Allowed Secured Claim is unimpaired by this Plan. The Class 6 Secured Claim will be Allowed in its full amount pursuant to the terms and conditions of the underlying loan documents which support, evidence, and underlie the Allowed Secured Claim. The legal, equitable and contractual rights to which the Class 6 claimant is entitled shall be unaltered by the Plan.

      b.      The property securing the Class 6 claim shall be deemed on the Effective Date of the Plan surrendered to Indy Mac Federal Bank.

**Class 7, Kootenai County Treasurer**

Class 7 consists of the Allowed Secured Claim of Kootenai County Treasurer encumbering the 7767 South Gozzer Road, Harrison, Idaho property. The Class 7 claim will be treated under this Plan as follows:

      a.      The Class 7 Allowed Secured Claim is unimpaired by this Plan. The Class 7 Secured Claim will be Allowed in its full amount pursuant to the terms and conditions of the underlying loan documents which support, evidence, and underlie the Allowed Secured Claim. The legal, equitable and contractual rights to which the Class 7 claimant is entitled shall be unaltered by the Plan.

      b.      The property securing the Class 7 claim shall be deemed on the Effective Date of the Plan surrendered to the Kootenai County Treasurer.

**Class 8, Public Service Credit Union**

Class 8 consists of the Allowed Secured Claim of Public Service Credit Union. The Class 8 Allowed Secured Claim is unimpaired by this Plan. The Class 8 Secured Claim will be Allowed in its full amount pursuant to the terms and conditions of the underlying loan documents which support, evidence, and underlie the Allowed Secured Claim. The legal, equitable and contractual rights to which the Class 8 claimant is entitled shall be unaltered by the Plan.

**Class 9, Security Service Federal Credit Union**

Class 9 consists of the Allowed Secured Claim of Security Service Federal Credit Union.

The Class 9 Allowed Secured Claim is unimpaired by this Plan. The Class 9 Secured Claim will be Allowed in its full amount pursuant to the terms and conditions of the underlying loan documents which support, evidence, and underlie the Allowed Secured Claim. The legal, equitable and contractual rights to which the Class 9 claimant is entitled shall be unaltered by the Plan.

**General Unsecured Creditors**

### Class 10, General Unsecured Claims

Class 10 consists of the Allowed Claims of unsecured creditors. Commencing with the month following the Effective Date of the Plan, and continuing for each successive month, the Debtors will make a deposit of $1,111 into a segregated account until Unclassified Priority Claims are paid in full and Class 10 has been paid $40,000. The Debtors will deposit the $1,111 into the Unsecured Creditor Account within fifteen (15) days of the end of the month for which the deposit pertains. Each time six monthly deposits have been made to the Unsecured Creditor Account, the Debtors shall make a distribution to Unclassified Priority Claim holders until pad in full and then Class 10 on a pro-rata basis, within ten (10) days of making the sixth deposit.

The Debtors may pre-pay the Unclassified Priority Claimants and the $40,000 to Class 10, and which time the Debtors' obligations to Class 10 shall be deemed satisfied in full.

All funds recovered by the Debtors or creditors on account of Avoidance Actions shall be distributed to Class 10 on a pro-rata basis, net of attorneys fees and costs. Whether or not the Debtors pursue any Avoidance Actions shall be up to the Debtors and the decision to pursue such claims shall be discretionary with the Debtors.

**Class 11, Interests in the Jacksons**

Class 11 consists of the Interests of the Jacksons in their personal property. Class 11 is unimpaired by the Plan.

## PLAN FEASIBILITY

The Debtors believe that the Plan, as proposed, is feasible. The overall feasibility of the Plan is premised upon the Mr. Jackson's employment as a financial advisor. By the end of 2008, Mr. Jackson and the Bank where he currently works agreed to a new compensation structure that saves

the Bank fixed costs in the form of Mr. Jackson's salary & benefits and ensures Mr. Jackson control of his income potential. On January 1, 2009, Mr. Jackson became a minimum wage employee with the Bank and now retains 75% of all commission & fee revenue generated. Since the deployment of the distribution model was beginning to take hold after two (2) years, Mr. Jackson believed this course of action would provide significantly more upside compensation than being tied to a below-market base salary & benefit structure. Although Mr. Jackson incurs significantly more risk from the perspective of regular periodic income, overall income is expected to return to pre-2007 levels. In addition, the Jacksons have eliminated the costs associated with their real estate investments that have gone bad. Mr. Jackson has also eliminated business overhead including the termination of his administrative assistant and several industry subscriptions.

Attached to this Disclosure Statement as Exhibit B is a detailed projection of the Jacksons' future income from employment (the "Projections"). The Projections assume that the Plan will be confirmed on September 30, 2009. The Projections further assume that the Jacksons' gross personal income for October 2009 through December 2009 will be $45,089.30. The Debtors' projected expenses, including the monthly $1,111 payment into the Unsecured Creditor Account, for the October 2009 through December 2009 period will be $44,405.13. It is projected the Debtors will have surplus for this period of $684.17.

In 2010, it is anticipated that the Jacksons' gross personal income will be $180,702.72. The Debtors' projected expenses, including the monthly $1,111 payment into the Unsecured Creditor Account, for 2010 will be $176,592.94. It is projected the Debtors will have surplus for this period of $4,109.78.

In 2011, it is anticipated that the Jacksons' gross personal income will be $180,702.72. The Debtors' projected expenses, including the monthly $667 payment into the Unsecured Creditor Account, for 2011 will be $176,592.94. It is projected the Debtors will have surplus for this period of $4,109.78.

In 2012, it is anticipated that the Jacksons' gross personal income will be $182,196.32. The Debtors' projected expenses, including the monthly $1,111 payment into the Unsecured Creditor Account, for 2012 will be $176,592.94. It is projected the Debtors will have surplus for this period

of $5,603.38. It is projected that in 2014 all obligations under the Plan to unsecured creditors will be satisfied.

## TAX CONSEQUENCE

The Debtors are not providing tax advice to creditors or interest holders. Each party affected by the Plan should consult its own tax advisor for information as to the tax consequences of Plan confirmation. Generally, unsecured creditors should have no tax impact as a result of Plan confirmation. The recovery of each creditor is payment on account of a debt and generally not taxable, unless the creditor wrote off the debt against income in a prior year in which case income may have to be recognized. Interest holders may have very complicated tax effects as a result of Plan confirmation.

## EVENTS DURING THE CHAPTER 11 CASE

There were no significant events that occurred during the bankruptcy case allowing the Debtors to focus on their reorganization efforts, including eliminating the debt associated with unviable real estate investments and business expenses, including eliminating administrative staff, and developing the Plan.

## LIQUIDATION ANALYSIS UNDER CHAPTER 7

The principal alternative to the Debtors' reorganization under Chapter 11 is a conversion of the case to Chapter 7 of the Bankruptcy Code. Chapter 7 requires the liquidation of the Debtors' assets by a Trustee who is appointed by the United States Trustee's office. In a Chapter 7 case, the Chapter 7 Trustee would take over control of the assets. The assets would be liquidated and the proceeds distributed to creditors in the order of their priorities.

Under a Chapter 7 liquidation, secured creditors would likely obtain relief from the automatic stay and foreclose their security interests in Debtors' property. Attached hereto as Exhibit C is the Debtors' liquidation analysis (the "Liquidation Analysis"). As set forth in the Liquidation Analysis, after the secured creditors foreclosed on their collateral and considering the Debtors' state law exemptions there would be approximately $29,592 in the estate. Code Section 326 defines the

limitations of compensation of the Chapter 7 Trustee. Assuming an estate of $29,592, the trustee compensation would be approximately $3,709. Assuming $2,000 in professional fees, including attorneys and accountants, and a cost of 10%, or $2,957, for the liquidation of the assets, administration of the Chapter 7 estate would cost $8,666 to administer the Debtors' Chapter 7 cases. Following the payment of the Chapter 7 cost and expenses of administration, the Chapter 7 Trustee would pay the Chapter 11 costs and expenses of administration, and then other priority claims existing in the Chapter 11 bankruptcy. Administrative and priority claims in the Chapter 11 case are expected to total not less than $4,000.00. Under these circumstances, Class 10 unsecured creditors would receive a distribution of $16,926. Assuming claims against the estate totaling $1,826,704, Class 10 would receive a pro rata distribution of less than 1%.

Given the alternative under a Chapter 7 scenario, the Debtors' proposed Chapter 11 Plan provides a substantially better alternative for unsecured creditors, and guarantees unsecured creditors will receive $40,000 to be paid on a pro rata basis to unsecured creditors after payments to administrative claimants. Assuming claims against the estate totaling $1,826,704, the pro rata distribution will be 2%. It is therefore urged by the Debtors that all creditors vote in favor of the Plan.

DATED: July 2 2009

DOUGLAS AND HOLLY JACKSON

By: _____
      Douglas Jackson

By: _____
      Holly Jackson

Kutner Miller Brinen, P.C. ("KMB") has acted as legal counsel to the Debtors on bankruptcy matters during the Chapter 11 cases. KMB has prepared this Disclosure Statement with information provided primarily by the Debtors. The information contained herein has been approved by the Debtors. KMB has not made any separate independent investigation as to the veracity or accuracy of the statements contained herein.

21

Kutner Miller Brinen, P.C. ("KMB") has acted as legal counsel to the Debtors on bankruptcy matters during the Chapter 11 cases. KMB has prepared this Disclosure Statement with information provided primarily by the Debtors. The information contained herein has been approved by the Debtors. KMB has not made any separate independent investigation as to the veracity or accuracy of the statements contained herein.

Counsel to the Debtors and
Debtors- In-Possession:

KUTNER MILLER BRINEN, P.C.


By: _____
        Aaron A. Garber (#36099)
        303 East 17th Avenue
        Suite 500
        Denver, CO 80203
        Telephone: (303) 832-2400
        Telecopier: (303) 832-1510
        Telecopier: (303) 832-1510

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of July, 2009, a true and correct copy of the foregoing **DISCLOSURE STATEMENT TO ACCOMPANY CHAPTER 11 PLAN OF REORGANIZATION DATED JULY 20, 2009** was deposited in the United States mail, postage prepaid, addressed to the following:

Paul V. Moss, Esq.
United States Trustee's Office
999 18th Street
Suite 1551
Denver, CO 80202

Toni M.N. Dale, Esq.
Holly L. Decker, Esq.
Dale & Decker, LLC
2 Inverness Drive East
Suite 105
Englewood CO 80112

Susan J. Hendrick, Esq.
Aronowitz & Mecklenburg, LLP
1199 Bannock Street
Denver, CO 80204


Vicky L. Martina

| CLAIMANT | SCHEDULED AMOUNT | AMOUNT ASSERTED |
|---|---|---|
| Avista | 130.88 | |
| Bank of America | 20748.47 | 21171.36 |
| Bank of America | 16404.11 | |
| Barclays Bank | 24772.49 | |
| Capital One | | 1978.35 |
| Capital One | 19260.97 | 19882.41 |
| Capital One Mastercard | 12417.01 | 13197.13 |
| Chase Bank | 20616.32 | 21837.88 |
| Chase Card | 8377.19 | 9046.26 |
| Citibank Business Card | 10716.5 | 11772.38 |
| GE Money Bank | 610.94 | |
| North Kootenai Water District | 100 | 1787.93 |
| US Bank | 116113.85 | 121264.47 |
| Vectra Bank | 47225.51 | |
| Vectra Bank | 8293.09 | |
| Aurora Loan Services | | 8346.44 |
| Franchise Tax Board | | 44319.11 |
| IndyMac Federal Bank | | 9649.22 |
| JPMorgan Chase Bank | | 178483 |
| US Bank | | 678746.95 |
| US Bank | | 2002 |
| US Bank | | 476.34 |
| | | |
| **TOTAL** | **305787.33** | **1143961.23** |
| **TOTAL CLAIMS ASSERTED** | | **1233105.16** |

**Exhibit A**

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
**Monthly Projection of Revenue & Expenses - October 2009**

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $13,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions - Allianz | 7,575.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,350.00 |
| | $23,589.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $2,066.01 |
| Administrative Assistant - Salary & Benefits | 4,071.17 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 0.00 |
| Wealth Counsel Advisors Forum Subscription | 450.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Motor Vehicle - Chevy Avalanche - Monthly Payment & Maintenance | 620.93 |
| Motor Vehicle - Chevy Avalanche - Insurance | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $8,887.14 |

| **Business Net Income** | **$14,702.66** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 14,702.66 |
| Monthly Child Support Payments | 539.52 |
| **Gross Personal Income** | **$15,242.18** |

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater - *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 735.32 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Quarterly Dues | 54.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,834.71** |
|---|---|

Exhibit B

| **Monthly Surplus/Deficit** | **$407.47** |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
**Monthly Projection of Revenue & Expenses - November 2009**

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $15,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 468.00 |
| Gross Override Commissions - *Advanced Planning Services* | 3,450.00 |
| | $20,582.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $3,583.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 0.00 |
| Wealth Counsel Advisors Forum Subscription | 450.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Motor Vehicle - Chevy Avalanche - Monthly Payment & Maintenance | 575.93 |
| Motor Vehicle - Chevy Avalanche - Insurance | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $6,288.76 |

| **Business Net Income** | **$14,294.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 14,294.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$14,833.56** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 690.32 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Quarterly Dues | 54.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,789.71** |
|---|---|

| **Monthly Surplus/Deficit** | $43.85 |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
**Monthly Projection of Revenue & Expenses - December 2009**

| Monthly Business Revenue | |
|---|---:|
| Gross Commission Revenue | $18,000.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 468.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,800.00 |
| | $21,432.80 |

| Monthly Business Expenses | |
|---|---:|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,208.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 0.00 |
| Wealth Counsel Advisors Forum Subscription | 450.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Motor Vehicle - Chevy Avalanche - Monthly Payment & Maintenance | 620.93 |
| Motor Vehicle - Chevy Avalanche - Insurance | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $6,958.76 |

| **Business Net Income** | **$14,474.04** |
|---|---:|

| Monthly Individual Income | |
|---|---:|
| Net Business Income | 14,474.04 |
| Monthly Child Support Payments | 539.52 |
| **Gross Personal Income** | **$15,013.56** |

| Monthly Individual Expenses | |
|---|---:|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 735.32 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,780.71** |
|---|---:|

| **Monthly Surplus/Deficit** | $232.85 |
|---|---:|

# Douglas & Holly Jackson
## Case Number 09-17308-HRT
### 2009 Summary & Projection of Revenue & Expenses

| Monthly Business Revenue | |
|---|---:|
| Gross Commission Revenue | $47,000.00 |
| Minimum Wage Salary from Colorado Capital Bank | 3,494.40 |
| Gross Renewal Commissions | 8,511.00 |
| Gross Override Commissions - *Advanced Planning Services* | 6,600.00 |
| | **$65,605.40** |

| Monthly Business Expenses | |
|---|---:|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $9,858.61 |
| Administrative Assistant - Salary & Benefits | 4,071.17 |
| Errors & Omissions Insurance | 450.00 |
| Federal Income Tax Withheld from W2 | 105.24 |
| Social Security Tax Withheld from W2 | 193.62 |
| Colorado State Taxes Withheld from W2 | 60.00 |
| Roth 401(k) & Traditional 401(k) Savings | 449.16 |
| Dental Insurance | 345.00 |
| Medical Insurance | 975.00 |
| Estimated Federal Income Taxes | 0.00 |
| Wealth Counsel Advisors Forum Subscription | 1,350.00 |
| Subscriptions, License Fees & Books | 450.00 |
| Motor Vehicle - Chevy Avalanche - Monthly Payment & Maintenance | 1,817.79 |
| Motor Vehicle - Chevy Avalanche - Insurance | 154.98 |
| Office Supplies | 79.68 |
| Travel & Hotels | 360.00 |
| Meals & Entertainment | 540.00 |
| Cell Phone & Miscellaneous | 874.41 |
| | **$22,134.66** |

| **Business Net Income** | **$43,470.74** |
|---|---:|

| Monthly Individual Income | |
|---|---:|
| Net Business Income | 43,470.74 |
| Monthly Child Support Payments | 1,618.56 |
| **Gross Personal Income** | **$45,089.30** |

| Monthly Individual Expenses | |
|---|---:|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $20,145.24 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 1,454.31 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 416.58 |
| Pinery Water & Wastewater - *Monthly Average Based on 2008 Actual* | 504.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 326.43 |
| Qwest - *Monthly Average Based on 2008 Actual* | 395.88 |
| Monitronics - Home Security System Monitoring | 108.75 |
| Food & Household Items - Kings Soopers & WalMart | 2,700.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 450.00 |
| Life Insurance | 3,507.00 |
| Automobile Insurance - Hummer & Mercedes | 742.98 |
| Automobile Payment & Maintenance - Hummer | 2,160.96 |
| Transportation - Fuel | 1,200.00 |
| Laundry & Dry Cleaning | 300.00 |
| Home Maintenance & Repairs - Pest Control | 105.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 1,095.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 108.00 |
| Meals & Entertainment | 750.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 450.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 4,152.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 3,333.00 |

| **Monthly Personal Expenses** | **$44,405.13** |
|---|---:|

| **2009 Surplus/Deficit** | **$684.17** |
|---|---:|

**Douglas & Holly Jackson**
**Case Number 09-17308-HRT**
**Monthly Projection of Revenue & Expenses - January 2010**

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 1,250.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,764.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Motor Vehicle - Chevy Avalanche - Monthly Payment & Maintenance | 575.93 |
| Motor Vehicle - Chevy Avalanche - Insurance | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,788.76 |

| **Business Net Income** | **$14,976.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 14,976.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$15,515.56** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 690.32 |
| Automobile License Plate Renewal - Hummer | 540.32 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 110.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - *Sallie Mae - Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$15,386.03** |
|---|---|

| **Monthly Surplus/Deficit** | $129.53 |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
Monthly Projection of Revenue & Expenses - February 2010

| Monthly Business Revenue | |
|---|---:|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 685.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,199.80 |

| Monthly Business Expenses | |
|---|---:|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 620.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,833.76 |

| **Business Net Income** | **$14,366.04** |
|---|---:|

| Monthly Individual Income | |
|---|---:|
| Net Business Income | 14,366.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$14,905.56** |
|---|---:|

| Monthly Individual Expenses | |
|---|---:|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 735.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,780.71** |
|---|---:|

| **Monthly Surplus/Deficit** | **$124.85** |
|---|---:|

**Douglas & Holly Jackson**
**Case Number 09-17308-HRT**
**Monthly Projection of Revenue & Expenses - March 2010**

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 568.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,082.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 575.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,788.76 |

| **Business Net Income** | **$14,294.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 14,294.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$14,833.56** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 690.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,735.71** |
|---|---|

| **Monthly Surplus/Deficit** | **$97.85** |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
**Monthly Projection of Revenue & Expenses - April 2010**

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 850.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,364.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 620.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,833.76 |

| **Business Net Income** | **$14,531.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 14,531.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$15,070.56** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 735.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,780.71** |
|---|---|

| **Monthly Surplus/Deficit** | $289.85 |
|---|---|

# Douglas & Holly Jackson
## Case Number 09-17308-HRT
### Monthly Projection of Revenue & Expenses - May 2010

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 850.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,364.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 575.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,788.76 |

| **Business Net Income** | **$14,576.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 14,576.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$15,115.56** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 690.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,735.71** |
|---|---|

| **Monthly Surplus/Deficit** | **$379.85** |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
Monthly Projection of Revenue & Expenses - June 2010

| Monthly Business Revenue | |
|---|---:|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 780.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,294.80 |

| Monthly Business Expenses | |
|---|---:|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 620.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,833.76 |

| **Business Net Income** | **$14,461.04** |
|---|---:|

| Monthly Individual Income | |
|---|---:|
| Net Business Income | 14,461.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$15,000.56** |
|---|---:|

| Monthly Individual Expenses | |
|---|---:|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 735.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - *Sallie Mae - Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,780.71** |
|---|---:|

| **Monthly Surplus/Deficit** | $219.85 |
|---|---:|

# Douglas & Holly Jackson
## Case Number 09-17308-HRT
### Monthly Projection of Revenue & Expenses - July 2010

| Monthly Business Revenue | |
|---|---:|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 678.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,192.80 |

| Monthly Business Expenses | |
|---|---:|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 575.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,788.76 |

| Business Net Income | $14,404.04 |
|---|---:|

| Monthly Individual Income | |
|---|---:|
| Net Business Income | 14,404.04 |
| Monthly Child Support Payments | 539.52 |

| Gross Personal Income | $14,943.56 |
|---|---:|

| Monthly Individual Expenses | |
|---|---:|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 690.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 365.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 110.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| Monthly Personal Expenses | $14,845.71 |
|---|---:|

| Monthly Surplus/Deficit | $97.85 |
|---|---:|

# Douglas & Holly Jackson
## Case Number 09-17308-HRT
### Monthly Projection of Revenue & Expenses - August 2010

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 550.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,064.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 620.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,833.76 |

| **Business Net Income** | **$14,231.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 14,231.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$14,770.56** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 735.32 |
| Automobile License Plate Renewal - Mercedes | 184.10 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues - Switch to Social Membership* | 75.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,674.81** |
|---|---|

| **Monthly Surplus/Deficit** | **$95.75** |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
Monthly Projection of Revenue & Expenses - September 2010

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 650.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $22,164.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 450.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 575.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $8,238.76 |

| **Business Net Income** | **$13,926.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 13,926.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$14,465.56** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 690.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 75.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,445.71** |
|---|---|

| **Monthly Surplus/Deficit** | $19.85 |
|---|---|

# Douglas & Holly Jackson
## Case Number 09-17308-HRT
### Monthly Projection of Revenue & Expenses - October 2010

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $13,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 7,575.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,350.00 |
| | $23,589.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $3,083.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 450.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 620.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,033.76 |

| **Business Net Income** | **$16,556.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 16,556.04 |
| Monthly Child Support Payments | 539.52 |
| **Gross Personal Income** | **$17,095.56** |

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 735.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 75.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,490.71** |
|---|---|

| **Monthly Surplus/Deficit** | **$2,604.85** |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
**Monthly Projection of Revenue & Expenses - November 2010**

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 250.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $21,764.80 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 575.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,788.76 |

| **Business Net Income** | **$13,976.04** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 13,976.04 |
| Monthly Child Support Payments | 539.52 |

| **Gross Personal Income** | **$14,515.56** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 690.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 75.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,445.71** |
|---|---|

| **Monthly Surplus/Deficit** | $69.85 |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
Monthly Projection of Revenue & Expenses - December 2010

| Monthly Business Revenue | |
|---|---:|
| Gross Commission Revenue | $18,500.00 |
| Minimum Wage Salary from Colorado Capital Bank | 1,164.80 |
| Gross Renewal Commissions | 250.00 |
| Gross Override Commissions - *Advanced Planning Services* | 1,850.00 |
| | $21,764.80 |

| Monthly Business Expenses | |
|---|---:|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $4,333.80 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 150.00 |
| Federal Income Tax Withheld from W2 | 35.08 |
| Social Security Tax Withheld from W2 | 64.54 |
| Colorado State Taxes Withheld from W2 | 20.00 |
| Roth 401(k) & Traditional 401(k) Savings | 149.72 |
| Dental Insurance | 115.00 |
| Medical Insurance | 325.00 |
| Estimated Federal Income Taxes | 1,200.00 |
| Wealth Counsel Advisors Forum Subscription | 0.00 |
| Subscriptions, License Fees & Books | 150.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 620.93 |
| Automobile Insurance - Chevy Avalanche | 51.66 |
| Office Supplies | 26.56 |
| Travel & Hotels | 120.00 |
| Meals & Entertainment | 180.00 |
| Cell Phone & Miscellaneous | 291.47 |
| | $7,833.76 |

| **Business Net Income** | **$13,931.04** |
|---|---:|

| Monthly Individual Income | |
|---|---:|
| Net Business Income | 13,931.04 |
| Monthly Child Support Payments | 539.52 |
| **Gross Personal Income** | **$14,470.56** |

| Monthly Individual Expenses | |
|---|---:|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $6,715.08 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 484.77 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 138.86 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 168.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 108.81 |
| Qwest - *Monthly Average Based on 2008 Actual* | 131.96 |
| Monitronics - Home Security System Monitoring | 36.25 |
| Food & Household Items - Kings Soopers & WalMart | 900.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 150.00 |
| Life Insurance | 1,169.00 |
| Automobile Insurance - Hummer & Mercedes | 247.66 |
| Automobile Payment & Maintenance - Hummer | 735.32 |
| Automobile License Plate Renewal | 0.00 |
| Transportation - Fuel | 400.00 |
| Laundry & Dry Cleaning | 100.00 |
| Home Maintenance & Repairs - Pest Control | 35.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 75.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 0.00 |
| Meals & Entertainment | 250.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 150.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 1,384.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 1,111.00 |

| **Monthly Personal Expenses** | **$14,490.71** |
|---|---:|

| **Monthly Surplus/Deficit** | **($20.15)** |
|---|---:|

## Douglas & Holly Jackson
### Case Number 09-17308-HRT
### 2010 Summary & Projection of Revenue & Expenses

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $217,000.00 |
| Minimum Wage Salary from Colorado Capital Bank | 13,977.60 |
| Gross Renewal Commissions | 14,936.00 |
| Gross Override Commissions - *Advanced Planning Services* | 21,700.00 |
| | $267,613.60 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $50,755.60 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 1,800.00 |
| Federal Income Tax Withheld from W2 | 420.96 |
| Social Security Tax Withheld from W2 | 774.48 |
| Colorado State Taxes Withheld from W2 | 240.00 |
| Roth 401(k) & Traditional 401(k) Savings | 1,796.64 |
| Dental Insurance | 1,380.00 |
| Medical Insurance | 3,900.00 |
| Estimated Federal Income Taxes | 14,400.00 |
| Wealth Counsel Advisors Forum Subscription | 900.00 |
| Subscriptions, License Fees & Books | 1,800.00 |
| Automobile Monthly Payment & Maintenance - Chevy Avalanche | 7,181.16 |
| Automobile Insurance - Chevy Avalanche | 619.92 |
| Office Supplies | 318.72 |
| Travel & Hotels | 1,440.00 |
| Meals & Entertainment | 2,160.00 |
| Cell Phone & Miscellaneous | 3,497.64 |
| | $93,385.12 |

| **Business Net Income** | **$174,228.48** |
|---|---|

| Monthly Individual Income | |
|---|---|
| Net Business Income | 174,228.48 |
| Monthly Child Support Payments | 6,474.24 |

| **Gross Personal Income** | **$180,702.72** |
|---|---|

| Monthly Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $80,580.96 |
| I.R.E.A. - Electricity - *Monthly Average Based on 2008 Actual* | 5,817.24 |
| Black Hills Energy - *Monthly Average Based on 2008 Actual* | 1,666.32 |
| Pinery Water & Wastewater- *Monthly Average Based on 2008 Actual* | 2,016.00 |
| Comcast - *Monthly Average Based on 2008 Actual* | 1,305.72 |
| Qwest - *Monthly Average Based on 2008 Actual* | 1,583.52 |
| Monitronics - Home Security System Monitoring | 435.00 |
| Food & Household Items - Kings Soopers & WalMart | 10,800.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 1,800.00 |
| Life Insurance | 14,028.00 |
| Automobile Insurance - Hummer & Mercedes | 2,971.92 |
| Automobile Payment & Maintenance - Hummer | 8,553.84 |
| Automobile License Plate Renewal | 724.42 |
| Transportation - Fuel | 4,800.00 |
| Laundry & Dry Cleaning | 1,200.00 |
| Home Maintenance & Repairs - Pest Control | 420.00 |
| Pradera Golf Course - *Base Monthly Club Dues* | 2,930.00 |
| Pradera Community Association - HOA Semi-Annual Dues | 220.00 |
| Meals & Entertainment | 3,000.00 |
| Educational Expenses - *Monthly Contributions to 529 Plans & DC District Fees* | 1,800.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 16,608.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 13,332.00 |

| **Monthly Personal Expenses** | **$176,592.94** |
|---|---|

| **Monthly Surplus/Deficit** | **$4,109.78** |
|---|---|

**Douglas & Holly Jackson**
**Case Number 09-17308-HRT**
**Annual Projection of Revenue & Expenses - 2011**

| Monthly Business Revenue | |
|---|---|
| Gross Commission Revenue | $217,000.00 |
| Minimum Wage Salary from Colorado Capital Bank | 13,977.60 |
| Gross Renewal Commissions | 14,936.00 |
| Gross Override Commissions - *Advanced Planning Services* | 21,700.00 |
| | $267,613.60 |

| Monthly Business Expenses | |
|---|---|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $50,755.60 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 1,800.00 |
| Federal Income Tax Withheld from W2 | 420.96 |
| Social Security Tax Withheld from W2 | 774.48 |
| Colorado State Taxes Withheld from W2 | 240.00 |
| Roth 401(k) & Traditional 401(k) Savings | 1,796.64 |
| Dental Insurance | 1,380.00 |
| Medical Insurance | 3,900.00 |
| Estimated Federal Income Taxes | 14,400.00 |
| Wealth Counsel Advisors Forum Subscription | 900.00 |
| Subscriptions, License Fees & Books | 1,800.00 |
| Automobile Annual Payment & Maintenance - Chevy Avalanche | 7,181.16 |
| Automobile Insurance - Chevy Avalanche | 619.92 |
| Office Supplies | 318.72 |
| Travel & Hotels | 1,440.00 |
| Meals & Entertainment | 2,160.00 |
| Cell Phone & Miscellaneous | 3,497.64 |
| | $93,385.12 |

| **Business Net Income** | **$174,228.48** |
|---|---|

| Annual Individual Income | |
|---|---|
| Net Business Income | 174,228.48 |
| Annual Child Support Payments | 6,474.24 |
| **Gross Personal Income** | **$180,702.72** |

| Annual Individual Expenses | |
|---|---|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $80,580.96 |
| I.R.E.A. - Electricity - Annual Average Based on 2008 Actual | 5,817.24 |
| Black Hills Energy - Annual Average Based on 2008 Actual | 1,666.32 |
| Pinery Water & Wastewater- Annual Average Based on 2008 Actual | 2,016.00 |
| Comcast - Annual Average Based on 2008 Actual | 1,305.72 |
| Qwest - Annual Average Based on 2008 Actual | 1,583.52 |
| Monitronics - Home Security System Monitoring | 435.00 |
| Food & Household Items - Kings Soopers & WalMart | 10,800.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 1,800.00 |
| Life Insurance | 14,028.00 |
| Automobile Insurance - Hummer & Mercedes | 2,971.92 |
| Automobile Payment & Maintenance - Hummer | 8,553.84 |
| Automobile License Plate Renewal | 724.42 |
| Transportation - Fuel | 4,800.00 |
| Laundry & Dry Cleaning | 1,200.00 |
| Home Maintenance & Repairs - Pest Control | 420.00 |
| Pradera Golf Course - Base Annual Club Dues - Social Membership | 2,930.00 |
| Pradera Community Association - HOA Quarterly Dues | 220.00 |
| Meals & Entertainment | 3,000.00 |
| Educational Expenses - Annual Contributions to 529 Plans & DC District Fees | 1,800.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 16,608.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 13,332.00 |

| **Annual Personal Expenses** | **$176,592.94** |
|---|---|

| **Annual Surplus/Deficit** | **$4,109.78** |
|---|---|

**Douglas & Holly Jackson**
Case Number 09-17308-HRT
Annual Projection of Revenue & Expenses - 2012

| Monthly Business Revenue | |
|---|---:|
| Gross Commission Revenue | $217,000.00 |
| Minimum Wage Salary from Colorado Capital Bank | 13,977.60 |
| Gross Renewal Commissions | 16,429.60 |
| Gross Override Commissions - *Advanced Planning Services* | 21,700.00 |
| | $269,107.20 |

| Monthly Business Expenses | |
|---|---:|
| Commission Splits - *CCB Insurance Services, LLC - 25%* | $50,755.60 |
| Administrative Assistant - Salary & Benefits | 0.00 |
| Errors & Omissions Insurance | 1,800.00 |
| Federal Income Tax Withheld from W2 | 420.96 |
| Social Security Tax Withheld from W2 | 774.48 |
| Colorado State Taxes Withheld from W2 | 240.00 |
| Roth 401(k) & Traditional 401(k) Savings | 1,796.64 |
| Dental Insurance | 1,380.00 |
| Medical Insurance | 3,900.00 |
| Estimated Federal Income Taxes | 14,400.00 |
| Wealth Counsel Advisors Forum Subscription | 900.00 |
| Subscriptions, License Fees & Books | 1,800.00 |
| Automobile Annual Payment & Maintenance - Chevy Avalanche | 7,181.16 |
| Automobile Insurance - Chevy Avalanche | 619.92 |
| Office Supplies | 318.72 |
| Travel & Hotels | 1,440.00 |
| Meals & Entertainment | 2,160.00 |
| Cell Phone & Miscellaneous | 3,497.64 |
| | $93,385.12 |

| **Business Net Income** | **$175,722.08** |
|---|---:|

| Annual Individual Income | |
|---|---:|
| Net Business Income | 175,722.08 |
| Annual Child Support Payments | 6,474.24 |
| **Gross Personal Income** | **$182,196.32** |

| Annual Individual Expenses | |
|---|---:|
| Residential Mortgage - Principal/Interest/Taxes/Insurance - $910,000, 30 Yr Fixed at 6.00% | $80,580.96 |
| I.R.E.A. - Electricity - Annual Average Based on 2008 Actual | 5,817.24 |
| Black Hills Energy - Annual Average Based on 2008 Actual | 1,666.32 |
| Pinery Water & Wastewater- Annual Average Based on 2008 Actual | 2,016.00 |
| Comcast - Annual Average Based on 2008 Actual | 1,305.72 |
| Qwest - Annual Average Based on 2008 Actual | 1,583.52 |
| Monitronics - Home Security System Monitoring | 435.00 |
| Food & Household Items - Kings Soopers & WalMart | 10,800.00 |
| Dental Expenses - *Allegro Orthodontics - 22 Month Installment Plan* | 1,800.00 |
| Life Insurance | 14,028.00 |
| Automobile Insurance - Hummer & Mercedes | 2,971.92 |
| Automobile Payment & Maintenance - Hummer | 8,553.84 |
| Automobile License Plate Renewal | 724.42 |
| Transportation - Fuel | 4,800.00 |
| Laundry & Dry Cleaning | 1,200.00 |
| Home Maintenance & Repairs - Pest Control | 420.00 |
| Pradera Golf Course - Base Annual Club Dues - Social Membership | 2,930.00 |
| Pradera Community Association - HOA Quarterly Dues | 220.00 |
| Meals & Entertainment | 3,000.00 |
| Educational Expenses - Annual Contributions to 529 Plans & DC District Fees | 1,800.00 |
| Educational Loan Repayments - Sallie Mae - *Groups 1 & 2* | 16,608.00 |
| Repayment to Creditors under Chapter 11 Plan of Reorganization | 13,332.00 |
| **Annual Personal Expenses** | **$176,592.94** |

| **Annual Surplus/Deficit** | **$5,603.38** |
|---|---:|

## LIQUIDATION ANALYSIS

| Asset | Liquidation Value |
|---|---|
| Idaho Property | $0 |
| Phoenix Property | $0 |
| Parker Property | $0 |
| Cash | $4,867 |
| Household goods and furnishings | $0 |
| Books/Pictures | $0 |
| Clothes/Jewelry | $0 |
| Firearms/Hobby | $130 |
| Cash value of life insurance policy | $19,095 |
| Vehicles | $5,500 |
| Office and business machinery | $0 |
| | |
| Total: | $29,592 |
| | |
| Less: | |
| Trustee Compensation | $3,709 |
| Trustee Professional Fees | $2,000 |
| Cost of Liquidation | $2,957 |
| Chapter 11 Costs | $4,000 |
| | |
| Total to Class 10 | $16,926 |

**Exhibit C**